H.G. Robert Fong, 53535
Ku & Fong
444 South Flower Street, Suite 1500
Los Angeles, California 90071
(213) 488-1400
bobfong@ix.netcom.com

E-FILED 08/09/13

Russell J. Cole, 136981
Paul R. DePasquale, 47671
DePasquale & Cole
523 West Sixth Street, Suite 707
Los Angeles, California 90014
(213) 629-3550
prdrjclaw@yahoo.com

Attorneys for Plaintiffs JUN-EN ENTERPRISE and AGAPE INDUSTRY CO., LTD. and Cross-Defendants SHI RU YANG and HSIU-YING LU

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUN-EN ENTERPRISE, a Taiwan Corporation, AGAPE INDUSTRY CO., LTD., a Taiwan Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PETER K. LIN, AGAPE INDUSTRIAL, INC., and DOES 1 through 10,<br><br>Defendants. | No. CV 12-2734 PSG (SSx)<br><br>[~~PROPOSED~~] ORDER AS TO RESPONSE TO DEFENDANTS' COUNTER CLAIM AND THIRD PARTY COMPLAINT |

   The Court, having considered the Stipulation as to Response to Defendants' Counter-Claim and Third Party Complaint, and good cause appearing:

   1.   Defendants' recent responsive pleading (Document 67) is to be considered

- 1 -

their operative Counter-Claim against Plaintiffs, and Plaintiffs' Answer to Counter-Claim, filed February 1, 2013 (Document 45) is to be considered Plaintiffs' operative Answer to Defendants' Counter-Claim;

    2.    Defendants' recent responsive pleading (Document 67) is to be considered the Defendants' operative Third-Party Complaint against Cross-Defendants SHI RU YANG and HSIU-YING LU; and

    3.    The Cross-Defendants' pending Motion to Dismiss Third-Party Complaint, or, Alternatively for a More Definite Statement, filed April 25, 2013 (Document 61), remains on calendar for hearing on November 18, 2013, and said Motion will be considered to apply to Defendants' operative Third-Party Complaint.

    **IT IS SO ORDERED**.

DATED: 8/9/13

                               **PHILIP S. GUTIERREZ**
                               Philip S. Gutierrez
                               United States District Judge