1   H.G. Robert Fong, 53535
    Ku & Fong
2   444 South Flower Street, Suite 15
    Los Angeles, California 90017
3   (213) 488-1400
    bobfong@ix.netcom.com

4   Russell J. Cole, 136981
    Paul R. DePasquale, 47671
    DePasquale & Cole
5   523 West Sixth Street, Suite 707
    Los Angeles, California 90014
6   (213) 629-3550
    prdrjclaw@yahoo.com

7   Attorneys for Third-Party-Defendants
    SHI RU YANG and HSIU-YING LU

8                 UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11  JUN-EN ENTERPRISE, et al.,        )
                                      )
                Plaintiffs,           )   No.  CV 12-2734 PSG (SSx)
                                      )
12        vs.                         )   **ANSWER OF HSIU-YING LU TO**
                                      )   **THIRD PARTY COMPLAINT OF**
13  PETER K. LIN, et al.,             )   **PETER K. LIN AND AGAPE**
                                      )   **INDUSTRIAL, INC.**
                Defendants.           )
14  _____  )
                                      )
15  PETER K. LIN, et al.,             )
                                      )
16              Counter-Claimants/    )
                Third Party Plaintiffs,)
17        vs.                         )
                                      )
    JUN-EN ENTERPRISES, et al.,       )
18                                    )
                Counter-Defendants and)
                Third-Party Defendants.)
19  _____  )

20

            COMES NOW Third-Party Defendant HSIU-YING LU, by counsel, and respond

                                  - 1 -

to the Third Party Complaint of PETER K. LIN (hereinafter "LIN") and AGAPE

INDUSTRIAL, INC.,[1] as follows:

     1.    In responding to paragraph 1 of the Third-Party Complaint, this answering

Third-Party Defendant lacks sufficient information or knowledge to admit the

allegations therein, and on that basis denies the allegations in paragraph 1 of the Third-

Party Complaint in their entirety.

     2.    In responding to paragraph 2 of the Third-Party Complaint, this answering

Third-Party Defendant admits the allegations therein.

     3.    In responding to paragraph 3 of the Third-Party Complaint, this answering

Third-Party Defendant admits the allegations therein.

     4.    In responding to paragraph 4 of the Third-Party Complaint, this answering

Third-Party Defendant is informed and believes, and on that basis admits, that SHI RU

YANG is a competent adult and resident of Taiwan, and is sometimes known as "Tony"

YANG, but otherwise denies the allegations set forth in paragraph 4 of the Third-Party

Complaint.

     5.    In responding to paragraph 5 of the Third-Party Complaint, this answering

Third-Party Defendant is informed and believes, and on that basis admits, that she is a

competent adult and resident of Taiwan, but otherwise denies the allegations set forth in

---

[1] Pursuant to the August 9, 2013, Order as to Response to Defendants' Counter Claim and Third-Party Complaint (Document No. 70), the operative Third Party Complaint is set forth in Document 67, entitled "Defendants' Answer to Plaintiffs' Third Amended Complaint; Counter-Claims and Third-Party Complaint."

paragraph 5 of the Third-Party Complaint.

6.     In responding to paragraph 6 of the Third-Party Complaint, this answering Third-Party Defendant admits the jurisdiction of this U.S. District Court.

7.     In responding to paragraph 7 of the Third-Party Complaint, this answering Third-Party Defendant admits that this U.S. District Court has jurisdiction over this action.

8.     In responding to paragraph 8 of the Third-Party Complaint, this answering Third-Party Defendant admits that the venue of this action is in the Central District of California, and that this District Court has jurisdiction over the Third-Party Defendants, but otherwise denies the allegations of paragraph 8 of the Third-Party Complaint.

9.     In responding to paragraph 9 of the Third-Party Complaint, this answering Third-Party Defendant lacks sufficient information and/or knowledge as to the alleged agreement to be able to admit or deny the allegations of paragraph 9 of the Third-Party Complaint, and on that basis denies the allegations therein in their entirety.

10.    In responding to paragraph 10 of the Third-Party Complaint, this answering Third-Party Defendant denies the allegations set forth therein.

11.    Paragraph 11 of the Third-Party Complaint sets forth no affirmative allegation, but merely incorporates allegations of previous paragraphs of the Third-Party Complaint, and, consequently, in responding to paragraph 11, this answering Third-Party Defendants incorporates the responses to such incorporated, prior paragraphs as if set

forth fully herein.

12.     In responding to paragraph 12 of the Third-Party Complaint, this answering Third-Party Defendant admits that LIN entered into an agreement with Plaintiffs which was memorialized in writing, but otherwise denies each, every and all the allegation contained therein, and the whole thereof.

13.     In responding to paragraph 13 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all the allegation contained therein, and the whole thereof.

14.     In responding to paragraph 14 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all the allegation contained therein, and the whole thereof.

15.      In responding to paragraph 15 of the Third-Party Complaint, this answering Third-Party Defendant denies each every and all the allegation contained therein, and the whole thereof.

16.     Paragraph 16 of the Third-Party Complaint sets forth no affirmative allegation, but merely incorporates allegations of previous paragraphs of the Third-Party Complaint, and, consequently, in responding to paragraph 16 of the Third-Party Complaint, this answering Third-Party Defendant incorporates the responses to such incorporated, prior paragraphs as if set forth fully herein.

17.     In responding to paragraph 17 of the Third-Party Complaint, this answering

Third-Party Defendant denies each, every and all the allegation contained therein, and the whole thereof.

18.     In responding to paragraph 18 of the Third-Party Complaint, this answering Third-Party Defendant admits the allegations as to Plaintiffs, and no other parties, and otherwise denies the allegation in paragraph 18.

19.     In responding to paragraph 19 of the Third-Party Complaint, this answering Third-Party Defendant admits that LIN entered into an agreement with Plaintiffs that was memorialized in writing, but otherwise the allegations in paragraph 19 are unintelligible as phrased, and this answering Third-Party Defendant lacks sufficient knowledge and/or information to be able to admit or deny the allegations therein, and on that basis denies each, every and all allegations in paragraph 19 of the Third-Party Complaint and the whole thereof.

20.     In responding to paragraph 20 of the Third-Party Complaint, this answering Third-Party Defendants denies each, every and all allegations therein and the whole thereof.

21.     In responding to paragraph 21 of the Third-Party Complaint, this answering Third-Party Defendant lacks sufficient knowledge or information, and on that basis denies each, every and all allegations therein.

22.     In responding to paragraph 22 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegations therein, and the whole

thereof.

23.     Paragraph 23 of the Third-Party Complaint sets forth no affirmative allegation, but merely incorporates allegations of previous paragraphs of the Third-Party Complaint.  Consequently, in responding to paragraph 23, this answering Third-Party Defendant incorporates the responses to such incorporated, prior paragraphs as if set forth fully herein.

24.     In responding to paragraph 24 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 24 of the Third-Party Complaint, and the whole thereof.

25.     In responding to paragraph 25 of the Third-Party Complaint, this answering Third-Party Defendant admits that YANG was an agent, employee, officer, director, principal, or managing member of Plaintiffs, but otherwise denies each, every and all the remaining allegation of paragraph 25 of the Third-Party Complaint, and the whole thereof.

26.     In responding to paragraph 26 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 26 of the Third-Party Complaint, and the whole thereof.

27.     In responding to paragraph 27 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 27 of the Third-Party Complaint, and the whole thereof.

28.     In responding to paragraph 28 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 28 of the Third-Party Complaint, and the whole thereof.

29.     In responding to paragraph 29 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 29 of the Third-Party Complaint, and the whole thereof.

30.     In responding to paragraph 30 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 30 of the Third-Party Complaint, and the whole thereof.

31.     Paragraph 31 of the Third-Party Complaint sets forth no affirmative allegation, but merely incorporates allegations of previous paragraphs of the Third-Party Complaint, and, consequently, in responding to paragraph 31 this answering Third-Party Defendant incorporates the responses to such incorporated, prior paragraphs as if set forth fully herein.

32.     In responding to paragraph 32 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 36 of the Third-Party Complaint, and the whole thereof.

33.     Paragraph 33 of the Third-Party Complaint sets forth no affirmative allegation, but merely incorporates allegations of previous paragraphs of the Third-Party Complaint, and, consequently, this answering Third-Party Defendant incorporates the

1  responses to such incorporated, prior paragraphs as if set forth fully herein.

2       34.    In responding to paragraph 34 of the Third-Party Complaint, this answering

3  Third-Party Defendant lacks sufficient knowledge to admit or deny the allegations

4  therein, and on that basis denies each, every and all allegation in paragraph 34 of the

5  Third-Party Complaint, and the whole thereof.

6       35.    In responding to paragraph 35 of the Third-Party Complaint, this answering

7  Third-Party Defendant admits that Plaintiffs were in the business of manufacturing metal

8  products and machinery which they intended to be sold to customers in California (and

9  elsewhere), but otherwise denies each, every and all the allegations in paragraph 35 of

10  the Third-Party Complaint, and the whole thereof.

11       36.    In responding to paragraph 36 of the Third-Party Complaint, this answering

12  Third-Party Defendant admits that LIN and Plaintiffs entered into an agreement

13  memorialized in writing, but otherwise denies each, every and all allegation in paragraph

14  36 of the Third-Party Complaint, and the whole thereof.

15       37.    In responding to paragraph 37 of the Third-Party Complaint, this answering

16  Third-Party Defendant admits that Counter-Claimants did forward certain purchase

17  orders, but otherwise lack sufficient information and/or knowledge to be able either to

18  admit or to deny the remaining allegation in paragraph 37 of the Third-Party Complaint,

19  and on that basis denies such allegations.

20       38.    In responding to paragraph 38 of the Third-Party Complaint, this answering

1   Third-Party Defendant denies each, every and all allegation in paragraph 38 of the

2   Third-Party Complaint, and the whole thereof.

3   39.   In responding to paragraph 39 of the Third-Party Complaint, this answering

4   Third-Party Defendant denies each, every and all allegation in paragraph 39 of the

5   Third-Party Complaint, and the whole thereof.

6   40.   In responding to paragraph 40 of the Third-Party Complaint, this answering

7   Third-Party Defendant denies each, every and all allegation in paragraph 40 of the

8   Third-Party Complaint, and the whole thereof.

9   41.   Paragraph 41 of the Third-Party Complaint sets forth no affirmative

10   allegation, but merely incorporates allegations of previous paragraphs of the Third-Party

11   Complaint, and, consequently, this answering Third-Party Defendant incorporates the

12   responses to such incorporated, prior paragraphs as if set forth fully herein.

13   42.   In responding to paragraph 42 of the Third-Party Complaint, this answering

14   Third-Party Defendant denies each, every and all allegation in paragraph 42 of the

15   Third-Party Complaint, and the whole thereof.

16   43.   In responding to paragraph 43 of the Third-Party Complaint, this answering

17   Third-Party Defendant denies each, every and all allegation in paragraph 43 of the

18   Third-Party Complaint, and the whole thereof.  This answering Third-Party Defendant

19   further denies that she owes or is indebted to LIN in the amount of $101,000.00, or in

20   any amount, or at all.

-

44.     In responding to paragraph 44 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 44 of the Third-Party Complaint, and the whole thereof.  This answering Third-Party Defendant further denies that she owes or is indebted to LIN in the amount of $101,000.00, or in any amount, or at all.

45.     Paragraph 45 of the Third-Party Complaint sets forth no affirmative allegation, but merely incorporates allegations of previous paragraphs of the Third-Party Complaint.  Consequently, this answering Third-Party Defendant incorporates the responses to such incorporated, prior paragraphs as if set forth fully herein.

46.     In responding to paragraph 46 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 46 of the Third-Party Complaint, and the whole thereof.  This answering Third-Party Defendant further denies that she owes or is indebted to LIN in the amount of $101,000.00, or in any amount, or at all.

47.     In responding to paragraph 47 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 47 of the Third-Party Complaint, and the whole thereof.  This answering Third-Party Defendant further denies that she owes or is indebted to LIN in the amount of $101,000.00, or in any amount, or at all.

48.     Paragraph 48 of the Third-Party Complaint sets forth no affirmative

allegation, but merely incorporates allegations of previous paragraphs of the Third-Party Complaint, and, consequently, this answering Third-Party Defendant incorporates the response to such incorporated, prior paragraphs as if set forth fully herein.

49.    In responding to paragraph 49 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 49 of the Third-Party Complaint, and the whole thereof.

50.    In responding to paragraph 50 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 50 of the Third-Party Complaint, and the whole thereof.

51.    In responding to paragraph 51 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 51 of the Third-Party Complaint, and the whole thereof.  This answering Third-Party Defendant further denies that she owes or is indebted to LIN in the amount of $101,000.00, or in any amount, or at all.

52.    Paragraph 52 of the Third-Party Complaint sets forth no affirmative allegation, but merely incorporates allegations of previous paragraphs of the Third-Party Complaint, and, consequently, in responding to paragraph 52, this answering Third-Party Defendant incorporates the responses to such incorporated, prior paragraphs as if set forth fully herein.

53.    In responding to paragraph 53 of the Third-Party Complaint, this answering

Third-Party Defendant admits that, as an employee of Plaintiffs, LIN was to perform, and otherwise denies the remaining allegation in paragraph 53.

54.    In responding to paragraph 54 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegations in paragraph 54 of the Third-Party Complaint, and the whole thereof.

55.    In responding to paragraph 55 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 55 of the Third-Party Complaint, and the whole thereof.

56.    In responding to paragraph 56 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 56 of the Third-Party Complaint, and the whole thereof.

57.    Paragraph 57 of the Third-Party Complaint merely incorporates allegations of previous paragraphs of the Third-Party Complaint, and sets forth no affirmative allegation.  Consequently, in responding to paragraph 57 this answering Third-Party Defendant incorporates the responses to such incorporated, prior paragraphs as if set forth fully herein.

58.    In responding to paragraph 58 of the Third-Party Complaint, this answering Third-Party Defendant admits that LIN entered into an agreement with Plaintiffs, but otherwise denies each, every and all allegation in paragraph 58 of the Third-Party Complaint, and the whole thereof.

59.     In responding to paragraph 59 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 59 of the Third-Party Complaint, and the whole thereof.

60.     In responding to paragraph 60 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 60 of the Third-Party Complaint, and the whole thereof.

61.     In responding to paragraph 61 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 61 of the Third-Party Complaint, and the whole thereof.

62.     Paragraph 62 of the Third-Party Complaint sets forth no affirmative allegation, but merely incorporates allegations of previous paragraphs of the Third-Party Complaint, and, consequently, in responding to paragraph 62, this answering Third-Party Defendant incorporates the responses to such incorporated, prior paragraphs as if set forth fully herein.

63.     In responding to paragraph 63 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 63 of the Third-Party Complaint, and the whole thereof.

64.     In responding to paragraph 64 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 64 of the Third-Party Complaint, and the whole thereof.

65.    In responding to paragraph 65 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 65 of the Third-Party Complaint, and the whole thereof.

66.    In responding to paragraph 66 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 66 of the Third-Party Complaint, and the whole thereof.

67.    In responding to paragraph 67 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 67 of the Third-Party Complaint, and the whole thereof.

68.    Responding to paragraph 68 of the Third-Party Complaint, this answering Third-Party Defendant denies that the registration was fraudulent, and deny that any mark was transferred to either or both of the Counter-Claimants.  This answering Third-Party Defendant does not otherwise dispute that one or both of the Counter-Claimants is apparently seeking relief under 15 U.S.C. §1119.

69.    Paragraph 69 of the Third-Party Complaint contains no allegation of relevant facts, and is instead in the nature of a prayer for relief, and, as a result, there are no allegations in paragraph 69 which can be admitted or denied by this answering Third-Party Defendant.

70.    Paragraph 70 of the Third-Party Complaint merely incorporates allegations of previous paragraphs of the Third-Party Complaint, and sets forth no affirmative

allegation.  Consequently, in responding to paragraph 70 this answering Third-Party Defendant incorporates the responses to such incorporated, prior paragraphs as if set forth fully herein.

71.     In responding to paragraph 71 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 71 of the Third-Party Complaint, and the whole thereof.

72.     In responding to paragraph 72 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegations set forth in paragraph 72 of the Third-Party Complaint.

73.     In responding to paragraph 73 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph73 of the Third-Party Complaint, and the whole thereof.

74.     In responding to paragraph 74 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 74 of the Third-Party Complaint, and the whole thereof.

75.     In responding to paragraph 75 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 75 of the Third-Party Complaint, and the whole thereof.

76.     Paragraph 76 of the Third-Party Complaint sets forth no affirmative allegation, but merely incorporates allegations of previous paragraphs of the Third-Party

Complaint, and, consequently, in responding to paragraph 76, this answering Third-Party Defendant incorporates the responses to such incorporated, prior paragraphs as if set forth fully herein.

77.     In responding to paragraph 77 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 77 of the Third-Party Complaint, and the whole thereof.

78.     In responding to paragraph 78 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 78 of the Third-Party Complaint, and the whole thereof.

79.     In responding to paragraph 79 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph79 of the Third-Party Complaint, and the whole thereof.

80.     In responding to paragraph 80 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 80 of the Third-Party Complaint, and the whole thereof.

81.     Paragraph 81 of the Third-Party Complaint merely incorporates allegations of previous paragraphs of the Third-Party Complaint, and sets forth no affirmative allegation.  Consequently, in responding to paragraph 81, this answering Third-Party Defendant incorporates the responses to such incorporated, prior paragraphs as if set forth fully herein.

82.     In responding to paragraph 82 of the Third-Party Complaint, this answering Third-Party Defendant denies each, every and all allegation in paragraph 82 of the Third-Party Complaint, and the whole thereof.

83.     Paragraph 83 of the Third-Party Complaint sets forth no affirmative allegation, but merely incorporates allegations of previous paragraphs of the Third-Party Complaint, and, consequently, in responding to paragraph 83, this answering Third-Party Defendant incorporates the responses to such incorporated, prior paragraphs as if set forth fully herein.

84.     In responding to paragraph 84 of the Third-Party Complaint, this answering Third-Party Defendant admits the allegations set forth Plaintiffs' operative pleading, and otherwise denies the allegation in paragraph 84 of the Third-Party Complaint.

85.     In responding to paragraph 85 of the Third-Party Complaint, this answering Third-Party Defendant lacks information, knowledge and/or understanding of the allegations as set forth in paragraph 85, and on that basis denies the allegations in paragraph 85 in their entirety.

86.     In responding to paragraph 86 of the Third-Party Complaint, this answering Third-Party Defendant admits that such a controversy now exists in this action.

87.     Paragraph 87 of the Third-Party Complaint contains no allegation of relevant facts, and is instead in the nature of a prayer for relief, and, as a result, it appears that there are no allegations in paragraph 87 which can be admitted or denied by

1  this answering Third-Party Defendant.

2  ### FIRST AFFIRMATIVE DEFENSE

3  88.    The Third-Party Complaint fails to set forth facts sufficient to state a cause

4  of action.

5  ### SECOND AFFIRMATIVE DEFENSE

6  89.    The Counter-Claimants PETER K. LIN and AGAPE INDUSTRIAL, INC.,

7  come to the action with unclean hands.

8  ### THIRD AFFIRMATIVE DEFENSE

9  90.    These answering Third-Party Defendants are excused from performance, if

10 any, because of a failure by Counter-Claimants to provide consideration or otherwise

11 perform under any agreement between the parties.

12 ### FOURTH AFFIRMATIVE DEFENSE

13 91.    The contractual agreement alleged in the Third-Party Complaint fails as

14 there was no meeting of the minds between the parties.

15 ### FIFTH AFFIRMATIVE DEFENSE

16 92.    The actions alleged in the Third-Party Complaint are barred by the

17 applicable statute of limitations, including, but not limited to, those set forth in

18 California <u>Code of Civil Procedure</u> §§ 337, 339 and 340.

19 ### SIXTH AFFIRMATIVE DEFENSE

20 93.    The contractual agreement alleged in the Third-Party Complaint is

unenforceable as it fails to comply with the statute of frauds.

<strong><u>SEVENTH AFFIRMATIVE DEFENSE</u></strong>

94.     If there is a contractual agreement binding upon this answering Third-Party Defendants as alleged in the Third-Party Complaint (which this answering Third-Party Defendant denies), then this answering Third-Party Defendant is entitled to rescind such agreement, as they were induced to enter into the agreement by the fraud of Counter-Claimant PETER LIN.

<strong><u>EIGHTH AFFIRMATIVE DEFENSE</u></strong>

95.     Counter-Claimants PETER K. LIN and AGAPE INDUSTRIAL, INC., should be equitably estopped from proceeding with their claims as set forth in the Third-Party Complaint.

<strong><u>NINTH AFFIRMATIVE DEFENSE</u></strong>

96.     Counter-Claimants PETER K. LIN and AGAPE INDUSTRIAL, INC., breached the agreement alleged in the Third-Party Complaint, such that they cannot enforce such agreement, and Third-Party Defendants are entitled to a set-off for any damage caused by such alleged breach of contract as alleged in the Third-Party Complaint.

<strong><u>TENTH AFFIRMATIVE DEFENSE</u></strong>

97.     Counter-Claimants PETER K. LIN and AGAPE INDUSTRIAL, INC., breached their duty of loyalty and/or their fiduciary duty to Plaintiffs and/or Third-Party

1  Defendants causing damages which should be an off-set to any damages as alleged in the

2  Third-Party Complaint.

3  **ELEVENTH AFFIRMATIVE DEFENSE**

4  98.   With regard to the acts and occurrences alleged in the Third-Party

5  Complaint, Counter-Claimants PETER K. LIN and AGAPE INDUSTRIAL, INC.,

6  engaged in the tortious interference with the prospective economic advantage of

7  Plaintiffs and/or Third-Party Defendants causing damages which should be an off-set to

8  any damages as alleged in the Third-Party Complaint.

9  **TWELFTH AFFIRMATIVE DEFENSE**

10  99.   With regard to the acts and occurrences alleged in the Third-Party

11  Complaint, Counter-Claimants PETER K. LIN and AGAPE INDUSTRIAL, INC.,

12  engaged in the tortious conversion of the property of Plaintiffs and/or Third-Party

13  Defendants causing damages which should be an off-set to any damages as alleged in the

14  Third-Party Complaint.

15  **THIRTEENTH AFFIRMATIVE DEFENSE**

16  100.   Counter-Claimants PETER K. LIN and AGAPE INDUSTRIAL, INC.,

17  defrauded, and otherwise intentionally and/or negligently misrepresented material facts

18  to, Plaintiffs and/or Third-Party Defendants thereby causing damages which should be

19  an off-set to any damages as alleged in the Third-Party Complaint.

20  / / /

## FOURTEENTH AFFIRMATIVE DEFENSE

101.   Counter-Claimants PETER K. LIN and AGAPE INDUSTRIAL, INC., are estopped to deny that the agreement between and among the parties amounts to a contract memorialized in writing, such that the contractual claims of Plaintiffs and Third-Party Defendants are not precluded by applicable statute of limitation, either as an off-set for damages alleged by Counter-Claimants, or as a basis for affirmative relief.

## NOTICE OF APPLICABILITY OF FOREIGN LAW

102.   Counter-Claimants have made certain allegations in their Third-Party Complaint regarding the formation of a contract or contract between Counter-Claimants and these answering Third-Party Defendants which appear to arise under or implicate the laws of the Republic of China (Taiwan).  Accordingly, notice is hereby given that the laws of Taiwan may therefore be applicable to said claims, including the substantive law and the statute of limitations applicable to said claims.


DATED:  November 27, 2013

Ku & Fong
DePasquale & Cole


By: _____/s/_____
Russell J. Cole
Attorneys for Third-Party Defendants
SHI RU YANG and HSIU-YING LU

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
-

## DEMAND FOR JURY TRIAL

Third-Party Defendant SHI RU YANG, by counsel, hereby demands a trial by jury herein.

DATED:   November 27, 2013

                                  Ku & Fong
                                  DePasquale & Cole

By: _____/s/_____
                   Russell J. Cole
                   Attorneys for Third-Party Defendants
                   SHI RU YANG and HSIU-YING LU