Thomas T. Chan (SBN 129606)
   tchan@foxrothschild.com
Lena N. Bacani (SBN 213556)
   lbacani@foxrothschild.com
FOX ROTHSCHILD LLP
1055 West 7th Street, Suite 1880
Los Angeles, CA 90017-2544
Telephone:  213-624-6560
Facsimile:   213-622-1154

Attorneys for Defendants/Third Party Plaintiffs,
PETER K. LIN and AGAPE INDUSTRIAL, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUN-EN ENTERPRISE, a Taiwan Corporation, AGAPE INDUSTRY CO., LTD., a Taiwan Corporation,<br><br>       Plaintiffs,<br><br>   v.<br><br>PETER K. LIN, AGAPE INDUSTRIAL, INC., and DOES 1 through 10,<br><br>       Defendants. | Case No.: CV 12-02734-PSG-SS<br><br>Hon. Judge Philip S. Gutierrez<br><br>**THIRD PARTY PLAINTIFFS' ANSWER AND AFFIRMATIVE DEFENSES TO THIRD PARTY DEFENDANT HSIU-YING LU'S COUNTER-CLAIM** |
| PETER K. LIN, an individual, and AGAPE INDUSTRIAL, INC.,<br><br>       Counter-Claimants/Third Party Plaintiffs,<br><br>   v.<br><br>JUN-EN ENTERPRISE, a Taiwan Corporation, AGAPE INDUSTRY CO., LTD., a Taiwan Corporation, SHI RU YANG aka TONY YANG, an individual, HSIU-YING LU, an individual, and Moes 1 through 10,<br><br>       Counter-Defendants and Third Party Defendants. | Date Complaint Filed:  03/29/12<br>Discovery Cutoff:       10/15/13<br>Trial Date:               01/21/14 |

Third Party Plaintiffs Peter K. Lin and Agape Industrial, Inc. (collectively, "Third Party Plaintiffs"), by and through their attorneys, FOX ROTHSCHILD, LLP, hereby respond to the Counter-Claim of Third Party Defendant Hsiu-Ying Lu ("Lu") and interposes the enumerated affirmative defenses as follows:

1. Third Party Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph and, therefore, they are denied.

2. Admitted.

3. Admitted.

## FIRST CAUSE OF ACTION

### Conversion

4. Third Party Plaintiffs incorporate by reference the responses stated in the preceding paragraphs as if fully set forth herein.

5. Third Party Plaintiffs admit that plaintiff/counter-defendant Jun-En Enterprises is in the business of manufacturing and selling machinery for the production of metal products. Third Party Plaintiffs further admit that plaintiff/counter-defendant Agape Industry is in the business of manufacturing and selling industrial machinery and is in some way related to plaintiff/counter-defendant Jun-En Enterprises. Third Party Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the remaining statements contained in paragraph 5 and, therefore, deny them.

6. Third Party Plaintiff Lin admits that, prior to events giving rise to this litigation, he entered into an oral employment agreement with plaintiffs/counter-defendants Jun-En Enterprises and Agape Industries (collectively, "Plaintiffs") to market and sell machinery and to generate orders for plaintiff Agape Industry Co., Ltd. and place orders to Plaintiffs in Taiwan.

7. Third Party Plaintiff Lin admits that he formed the California corporation Agape Industry, Inc.  Third Party Plaintiffs deny the remaining allegations of Paragraph 7.

8. Third Party Plaintiffs admit that Plaintiffs and Third Party Defendant was aware of Third Party Plaintiff Lin's business operations and that Third Party Plaintiff Lin formed Agape Industry, Inc., filed all U.S. income tax returns for the corporation, and was sole shareholder of the corporation.  Third Party Plaintiffs deny the remaining allegations of Paragraph 8.

9. Third Party Plaintiffs admit that Plaintiffs and Third Party Defendant were aware of Third Party Plaintiff Lin's business operations and that Third Party Plaintiff Lin formed Agape Industry, Inc., filed all U.S. income tax returns for the corporation, and was sole shareholder of the corporation.  Third Party Plaintiffs deny the remaining allegations of Paragraph 9.

10. Third Party Plaintiffs deny the allegations contained in Paragraph 10.

## SECOND CAUSE OF ACTION

### Breach of Duty of Loyalty

11. Third Party Plaintiffs incorporate by reference the responses stated in the preceding paragraphs as if fully set forth herein.

12. Third Party Plaintiff Lin admits that he voluntarily entered into a relationship with Plaintiffs.  Third Party Plaintiffs deny all remaining allegations of Paragraph 12.

13. Third Party Plaintiffs deny the allegations contained in Paragraph 13.

## THIRD CAUSE OF ACTION

### Fraud (Concealment)

14. Third Party Plaintiffs incorporate by reference the responses stated in the preceding paragraphs as if fully set forth herein.

15. Third Party Plaintiffs deny the allegations contained in Paragraph 15.

16. Third Party Plaintiffs deny the allegations contained in Paragraph 16.

## PRAYER FOR RELIEF

Third Party Plaintiffs deny that Lu is entitled to any relief sought in their prayer for relief.

## AFFIRMATIVE DEFENSES

Third Party Plaintiffs assert the following defenses in response to the allegations in Lu's Counter-Claim. Without admitting, acknowledging, or assuming the burden of proof on such defenses that would otherwise rest on Lu. Third Party Plaintiffs reserve the right to amend or supplement their Answer and defenses as may be warranted by the information developed through subsequent discovery. All such defenses are pled in the alternative and do not constitute an admission of liability or that Lu is entitled to any relief.

A. The Counter-Claim fails to state a claim upon which relief may be granted.

B. The breach of duty of loyalty claim is barred by the 2-year statute of limitations for oral contracts under California Code of Civil Procedure Section 399.

C. Third Party Plaintiff Peter Lin is excused from performance under any agreement between the parties by Plaintiffs' breach and/or nonperformance under the agreement.

D. Lu is legally and equitably estopped from proceeding with its alleged causes of action against Third Party Plaintiffs.

E. Lu has unclean hands, such that Lu is barred from asserting claims in the Counter-Claim and from seeking equitable relief.

F. Lu's claims against Third Party Plaintiffs are barred by the doctrine of waiver.

G. Any injuries, damages, or losses alleged in the Counter-Claim are not the result of negligent, reckless, wrongful, or intentional acts or omissions by Third Party Plaintiffs.

      H.      Third Party Plaintiffs breached no duty owed to Lu.

      I.      Lu has failed to mitigate Lu's alleged injuries, damages, or other losses.

      J.      To the extent not already pled, Third Party Plaintiffs reserve their rights to add additional defenses pending further investigation and discovery.

Dated: December 18, 2013        FOX ROTHSCHILD LLP

By  */s/ Lena Bacani*
Thomas T. Chan
Lena N. Bacani
Attorneys for Defendants/Third Party Plaintiffs, PETER K. LIN and AGAPE INDUSTRIAL, INC.