UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-2734-PSG (SSx) | Date | December 23, 2013 |
|---|---|---|---|
| Title | JUN-EN ENTERPRISE, ET AL. -VS- PETER K. LIN, ET AL. | | |

| Present: The Honorable | PHILIP S. GUTIERREZ |
|---|---|
| Kane Tien | Sandra MacNeil |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Robert Fong<br>Russel J. Coke | Lena N. Bacani |

**Proceedings:** DEFENDANTS/THIRD PARTY PLAINTIFFS PETER K. LIN AND AGAPE INDUSTRIAL, INC.'S MOTION TO EXTEND DEADLINES FILED 10-29-13 (DOC. 84)

The Court is informed of Plaintiffs and Third Party Defendants' intent to dismiss their respective Third Amended Complaint and the Counterclaims. The Court GRANTS the oral request, Plaintiffs' Third Amended Complaint and the Third Party Defendants' Counterclaims are hereby DISMISSED.

Court hears argument. The Court GRANTS Defendants/Third Party Plaintiffs' Motion to Extend Deadline as follows:

| | |
|---|---|
| Motion cut-off | April 4, 2014 |
| Final Pretrial Conference | June 9, 2014 at 2:30 PM |
| Jury Trial | June 24, 2014 at 9:00 AM |

Additionally, discovery is reopened as to the following four depositions only: Mr. Yang, Ms. Lu, and two 30(b)(6) depositions. The deadline for said depositions shall be issued by the Court at a later date.

|  | : | 19 |
|---|---|---|
| Initials of Preparer | KTI | |