**EXHIBIT A**





To: TONY YANG

楊總:澳洲客人
US$197000.00 以匯入

Time: 11:39AM 08-28-2009

Forward

From: TONY YANG

知道了. 感謝王、辛苦你
了。

Time: 12:03PM 08-28-2009

Reply