**EXHIBIT B**

# 郵局存證信函用紙

副正本

高雄地方法院郵局
004176-5

郵局

存證信函第 P13 號

一、寄件人
  姓名：理維國際法律事務所 郭清寶律師 鍾覲濚律師
  詳細地址：高雄市前金區中正四路235號8樓之5

二、收件人
  姓名：久恩企業股份有限公司 負責人：楊錫儒
  詳細地址：高雄縣仁武鄉五和村八德二路89號

三、副本收件人
  姓名：
  詳細地址：
  姓名：
  詳細地址：

（本欄姓名、地址不敷填寫時，請另紙聯記）

一 壹、茲據當事人 AGAPE Industrial, Inc. Mr.
二 Peter Lin. 林國恩來所委稱略以：「（詳
三 如附件）」云云。
四 貳、爰代函知如上，希照辦，以免紛爭為禱。

本存證信函共　　頁，正本　　份，存證費　　元，
　　　　　　　　　副本　　份，存證費　　元，
　　　　　　　　　附件　　張，存證費　　元，
　　　　　　　　　加具副本　份，存證費　　元，合計　　元。

經　　郵局
　年　月　日證明正/副本內容完全相同

備註：
一、存證信函需送交郵局辦理證明手續後始有效，自交寄之日起由郵局保存之副本，於三年期滿後銷燬之。
二、在　　頁　　行第　　格下塗改增刪　　字 （如有修改應填註本欄並蓋用寄件人印章，但塗改增刪每頁至多不得逾二十字。）
三、每件一式三份，用不脫色筆或打字機複寫，或書寫後複印、影印，每格限書一字，色澤明顯、字跡端正。

騎縫　　騎縫

DEF000001

附件



**理維國際法律事務所 LEGALWaY LAW FIRM**
The Way That You Can Trust.
律 師 / 仲 裁 人 / 專 利 代 理 人
地址 ADD：台灣高雄市前金區中正四路 235 號 8 樓之 5
8F-5, No.235, Jhong Jheng 4th Road,
Kaohsiung, Taiwan.
電話 TEL：886-7-2810909  傳真 FAX:886-7-2810707
電子信箱 E-mail : legalway@ms45.hinet.net

May 14, 2010



TO:   JUN-EN ENTERPRISE CORPORATION
      89, BADE 2ND RD., RENWU TOWERSHIP,
      KAOHSIUNG, TAIWAN.

RE:   <u>Commission of US$101,000 not paid to AGAPE Industrial Inc. on Purchase Order 054585 and 058819 from LOCKER GROUP PTY LTD</u>

Dear Madam/Sirs,



1. We are legally authorized by AGAPE Industrial, Inc. (hereinafter called "our client") to formally ask your company to pay commission of US$101,000 to our client on Purchase Order 054585 and 058819 from LOCKER GROUP PTY LTD (the sale amount is US$1,005,000 and US$257,501 respectively, and is US$1,262,501 in total).

2. According to our client, this subject matter purchase orders from LOCKER GROUP PTY LTD had been accepted by your company by signing of a supply contract between Tony Yang of your company and ED Sill of LOCKER GROUP PTY LTD. Therefore, by the previous commission arrangement made between Tony Yang of your company and Peter Lin of our client, commission rate for sale over one million dollars should be 8% of that sale amount, therefore, there is a commission of US$101,000 ((US$1,005,000 + US$257,501) X 8% = US$101,000) payable and due to our client by your company, and your company did not pay that commission to our client so far.

3. It is our legal opinion that your failure to pay commission of US$101,000 as arranged and promised is apparently a material breach of contract, our client has her legal rights to claim such commission and other damages from your company, and if your company ignores our formal demand of this letter and keeps failing to

1

**CONFIDENTIAL**                                                          DEF000002

pay, our client can sue you in court to protect her legal interests under the commission arrangement.

4. It is our legal intention that by writing this letter to your company, we serve you a formal notice of payment to formally remind you of such failure of payment and to formally demand your immediate payment of US$101,000 commission, and besides, this letter will also serve as a formal notice of default if your company does not pay our client as requested before May 24, 2010.

5. Our client complaint the subject matter to us and wanted to pursue legal actions against your company immediately. However, we, as legal advisers, want to clarify the subject matter with your company first before we actually go to the court to seek justice, so we await your reply until May 24, 2010.

Regards,

KEVIN KUO
PARTNER, ATTORNEY-AT-LAW



2

**CONFIDENTIAL**                                                                                                  **DEF000003**