**EXHIBIT C**



*AGAPE Industry Inc.*
*401 W. Artesia Blvd., Compton, CA 90220*
www.agapeindustry.com
e-mail:infor@agapeindustry.com

**DEF000004**



DEF000005



DEF000006



DEF000007

 *AGAPE Industry Inc.*
*401 W. Artesia Blvd., Compton, CA 90220*
http://www.agapeindustry.com
e-mail:info@agapeindustry.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

February 16, 2004


U.S. CUSTOMS BORDER PROTECTION
301 E. OCEAN BLVD.
LONG BEACH, CA 90802


DEAR SIR/MADAM:

WE, AGAPE INDUSTRY TRANSFERRING OWNERSHIP OF THE
SHIPMENT UNDER ANB#69522060975 TVL1357K TO AMERICAN
DOWN INC.



SINCERELY YOURS,



Peter Lin
Sales Manager

**DEF000008**



*AGAPE Industry Inc.*
*401 W. Artesia Blvd., Compton, CA 90220*
http://www.agapeindustry.com
e-mail:info@agapeindustry.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## 65mm P.V.C. Extruder Machine

1.) 65mm P.V.C. Extruder Machine                     1 set
    a.) 65mm, L/D 26:1
    b.) AC motor 25HP
    c.) Inverter 25HP
    d.) Inlet wire dia.     :2.2mm, 3.0mm, 3.8mm, 1.8mm
    e.) Finish wire dia.    :3.0mm, 4.0mm, 5.0mm, 2.5mm
    f.)  Temperature control for material line: 3 sections
    g.) Electric control box: 5 points

2.) Stainless steel cooling tank                     1 set

3.) Freezing machine                                 1 set

4.) Inlet Straightening roller base                  1 set

5.) Non-Stop coiler machine                          1 set
    with AC motor and Inverter
    Wire dia.   : 2.2mm – 4.0mm
    Wire speed: 0 – 120 M/min.

[FOB-TAIWAN] …………………………………………… US$ 54,500.00

**DEF000009**

**PAYMENT**
  30% DOWN PAYMENT.
  70% BY IRR. L/C AT SIGHT OPENED IN OUR FAVOUR.

**DELIVERY TIME**
  UPON RECEIPT YOUR DOWN PAYMENT WITHIN 120 DAYS.

**REMARK**
  US$200 / PER DAY FOR EACH TECHNICIANS. AIRFARE,
  ACCOMMODATION & MEALS TO BE PROVIDED BY BUYER FOR
  TESTING RUNNING.

……………………………………….          ………………………………………
AGAPE Industry

**DEF000010**



**AGAPE Industry Inc.**
24325 Crenshaw Blvd. # 108, Torrance, CA 90505 U.S.A.
Tel: 310-325-9000    Fax: 310-325-9008
e-mail:info@agapeindustry.com
** Your "SUCCESS" is Our "GOAL" **

Signed Copy P①

| To | : ARUVIL | Date | : Aug. 26, 2009 |
|---|---|---|---|
| Attn | : Shrinivas Kulkarni | Ref. No.: NY-007-082609 | |
| Your Fax No.: 1-212-685-0547 | | Page | : 3 |

FOR 12 FT
M/C.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**[PROFORMA INVOICE] — FINAL**

## HIGH SPEED CHAIN LINK FENCING MACHINE

**MODEL NO.: AG 1500**

+ EXTRA SET OF DIES.

1. **SPECICATION:**
   MESH: 1" – 3-1/2".
   WIRE DIA.: 2.0mm – 4.2mm (14ga – 8ga).
   FENCE HIGHTS: MAX. to 12 FT
   MATERIAL: GALVANIZED WIRE, PVC COATED WIRE, SUS
   WIRE.

2. **MATERIAL REQUIRED:**
   TENSILE STRENGTH: 45 – 65 kgf/mMsq.

3. **PRODUCING CAPACITY:**
   MAX. 270 Msq / per HR. by GI WIRE 10# X 2" X 2 Meters.

4. **STANDARD FUNCTION:**
   MAIN MOTOR 15HP.
   DRIVEN DEVICE
   TWISTING and CUTTING: 3HP
   TWISTING and KUNCKLE SYSTEM.
   COOLING PUMP: 1/6 HP
   EMERGENCY STOPPING SYSTEM.

5. **STANDARD EQUIPMENT:**
   DIE 2 SETS. (Spec. as Request) with 2 blades each.
   WEAVING PIPES 2 PCS. (5  ̄n, 75mm EACH)
   TWISTED and KUNCKLE EDGE DEVICES
   SPARE SPRING 1 SET.

# AGAPE Industrial, Inc.

24325 Crenshaw Blvd. # 108 Torrance. CA 90505, U.S.A.
Tel:1-310-325-9000   Fax:1-310-325-9008
www.agapeindustry.com   E-mail:info@agapeindustry.com

## ** Your "SUCCESS" is Our "GOAL" **

| To | : ARUVIL | Date : Aug. 26, 2009 |
|---|---|---|
| Attn | : Skrinivas Kulkami | Ref. No.: NY-007-082609 |
| Your Fax No.: 1-212-685-0547 | | Page : 3 |

**[INVOICE]**

## HIGH SPEED CHAIN LINK FENCING MACHINE

MODEL NO.: AG 1500

**1. SPECICATION:**
 MESH: 1" – 3-1/2".
 WIRE DIA.: 2.0mm – 4.2mm (14ga – 8ga).
 FENCE HIGHTS: MAX. to 12 FT
 MATERIAL: GALVANIZED WIRE, PVC COATED WIRE, SUS
        WIRE.

**2. MATERIAL REQUIRED:**
 TENSILE STRENGTH: 45 – 65 kgf/mMsq.

**3. PRODUCING CAPACITY:**
 MAX. 270 Msq / per HR. by GI WIRE 10# X 2" X 2 Meters.

**4. STANDARD FUNCTION:**
 MAIN MOTOR 15HP.
 DRIVEN DEVICE
 TWISTING and CUTTING: 3HP
 TWISTING and KUNCKLE SYSTEM.
 COOLING PUMP: 1/6 HP
 EMERGENCY STOPPING SYSTEM.

**5. STANDARD EQUIPMENT:**
 DIE 2 SETS. (Spec. as Request) with 2 blades each.
 Dies Size: 1" and 1-1/4"
 WEAVING PIPES 2 PCS. (50mm, 75mm EACH)

1