# EXHIBIT D

Exhibit D (Daniel Roan deposition excerpts) will be filed under seal