**EXHIBIT E**

1                    UNITED STATES DISTRICT COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3

4
     JUN-EN ENTERPRISE, a Taiwan      )
5    Corporation; AGAPE INDUSTRY      )
     CO., LTD., a Taiwan Corporation, )
6                                     )
                  Plaintiffs,         )
7                                     )
          vs.                         )No. CV 12-2734-PSG (SSx)
8                                     )
     PETER K. LIN, AGAPE INDUSTRIAL,  )
9    INC., and DOES 1 through 10,     )
                                      )
10                Defendants.         )
     _____ )
11

12

13              Deposition of PETER K. LIN, taken on behalf

14         of Plaintiffs, at 444 South Flower Street, Suite

15         1500, Los Angeles, California, beginning at 10:12

16         a.m. and ending at 5:19 p.m. on Tuesday, October

17         15, 2013, before GINA M. CURRIE, Certified

18         Shorthand Reporter No. 8429.

19

20

21

22

23

24

25

```
 1    APPEARANCES:

 2

      For Plaintiff Jun-En Enterprise
 3    and Agape Industry Co., LTD.:

 4         DePASQUALE & COLE
           BY:  RUSSELL J. COLE, ESQ.
 5         523 West 6th Street, Suite 707
           Los Angeles, California  90014
 6         (213) 629-3550

 7         LAW OFFICES OF KU & FONG
           BY: ROBERT FONG, ESQ.
 8         444 South Flower Street, Suite 1500
           Los Angeles, California  90071
 9         (213)488-1400

10

      For Defendants Peter K. Lin
11    and Agape Industrial, Inc.:

12         FOX ROTHSCHILD LLP
           BY:  LENA N. BACANI
13         Attorney at Law
           1055 West 7th Street, Suite 1880
14         Los Angeles, California  90017
           (213) 624-6560
15

16

17

18

19

20

21

22

23

24

25
```

```
 1        Q    BY MR. COLE:  Okay.  Do you know Hsia-Ying Lu,

 2   the woman who was listed as the owner and shareholder of

 3   Agape Industry?  Who is she?

 4             MS. BACANI:  Objection.  Vague.  Calls for

 5   speculation.

 6        Q    BY MR. COLE:  Well, do you know her?

 7        A    Yes.

 8        Q    Have you met her?

 9        A    Yes.

10        Q    How is it that you know her?

11        A    I know her since I'm in Taiwan.

12        Q    And how do you know her from Taiwan?  Is she a

13   member of your family?  Is she someone you worked with?

14        A    I worked with.

15        Q    Where did you work with her?

16        A    In Jun-En.

17        Q    Jun-En, which is the plaintiff in this case.  I

18   know it as Jun-En Enterprises.

19        A    Yes.

20        Q    What did she do at Jun-En?

21             MS. BACANI:  Objection.  Vague.  Calls for

22   speculation.

23        Q    BY MR. COLE:  Actually, let me withdraw that

24   question.

25             To your understanding, what position did she hold
```

 1    at Jun-En when you used her name in 2005 to start Agape

 2    Industry?

 3            MS. BACANI:  Objection.  Vague.

 4            THE WITNESS:  She just working with the Jun-En

 5    Enterprise.

 6        Q    BY MR. COLE:  Well, but was she a clerk?  Was she

 7    the president of the company?  Do you know what position

 8    she held?

 9        A    She just working.

10        Q    Do you know -- I'm sorry.

11        A    She just like one of the supervisors.

12        Q    Okay.  And do you know Tsai-Fu Tsai?  The name is

13    T-s-a-i hyphen F-u and T-s-a-i.  No?

14        A    Written in Chinese, maybe I understand.  You

15    pronounce -- sorry.

16        Q    I can accept that.

17            How about Shu Mei Liu (ph).  Do you know who that

18    is?

19        A    Shu Mei Liu -- you pronounce better.  I know.

20        Q    And how is it pronounced correctly?

21        A    Shu Mei Liu.

22        Q    Shu Mei Liu?

23        A    Shu Mei Liu.

24        Q    Who is she?

25        A    She is the Tony Yang's wife.

1      Q    And that's Hsiu-Ying Lu?

2      A    Hsiu-Ying Lu.

3      Q    The other two were not listed in Agape USA --

4      A    No.

5      Q    -- correct?

6      A    Yes.

7      Q    At some point you started Agape, Industrial,

8   Inc.; correct?

9      A    Yes.

10     Q    Do you remember what year you did that?

11     A    2009.  I not really remember.

12     Q    I think you are correct.  My understanding is you

13  are correct, it was around 2009.

14          Why did you start Agape Industrial, Inc.?  First

15  of all, let me back up.  Did -- I want to establish, did

16  you start Agape Industrial, Inc., a California

17  corporation?

18     A    Industrial?

19     Q    Yes.

20     A    Yes.

21     Q    And did you file documents with the California

22  Secretary of State to form that corporation?

23     A    Yes.

24     Q    Did you run that corporation?

25     A    Yes.

```
 1       Q    Did you provide information to Mr. Roan to fill
 2   out tax documents for that corporation?
 3       A    Yes.
 4       Q    Okay.  Why did you start Agape Industrial in
 5   2009?
 6            MS. BACANI:  Objection.  Vague.
 7            THE WITNESS:  I like to.
 8       Q    BY MR. COLE:  Okay.  What business did you
 9   conduct with Agape Industry, Inc.?  What business was that
10   company in, Agape Industry, Inc.?
11       A    Metal business.
12       Q    And did Agape Industry sell metal fabricating
13   machinery manufactured by Jun-En?
14            MS. BACANI:  Objection.  Vague.  Lacks
15   foundation.
16            THE WITNESS:  I sell too metal mesh fabric
17   machinery, yes, but not really for Jun-En.
18       Q    BY MR. COLE:  Did -- so if I understand, Agape
19   Industry, Inc. sold metal mesh fabricating machinery?
20       A    Yes, one of that business.
21       Q    Okay.  What other businesses was Agape Industry
22   involved in other than the sale of -- the sale of metal
23   mesh manufacturing machinery?
24            MS. BACANI:  Objection.  Vague.
25            THE WITNESS:  Mostly it's the metal product.
```

1        Q     BY MR. COLE:  Did Agape Industry sell machinery

2     used for manufacturing metal mesh products?

3        A     One of that, yes.

4        Q     Did it sell other kinds of manufacturing

5     machinery?

6        A     Yes.

7        Q     Could you please describe what kind of

8     manufacturing machinery Agape Industry sold either by

9     describing the machinery or describing the product the

10    machinery would make.  So if you want to say they sold

11    machines that made chain-link fencing, for instance.

12       A     All the regarding metal.

13       Q     So everything Agape Industry sold, all the

14    manufacturing machinery manufactured metal products?

15       A     Yes.

16       Q     Now Agape Industrial, what business was Agape

17    Industrial involved with?

18       A     Almost same, but I add a little bit more

19    different product.

20       Q     And what other different products did Agape

21    Industrial sell?

22       A     Same -- same as the metal and I have more

23    different metal product except the machinery more product.

24       Q     So both Agape Industry and Agape Industrial sold

25    machinery for manufacturing metal products; correct?

```
 1        A    Yes.

 2        Q    But Agape Industrial also sold finished products;

 3   is that correct?

 4        A    Yes.

 5        Q    Okay.  I wondered if you could briefly summarize

 6   for me or briefly tell us your business experience, your

 7   work experience.

 8        A    From when to when?

 9        Q    Well, what was your first job as an adult?

10        A    Taiwan or U.S.?

11        Q    I have to admit, I do not know where you were

12   living when you became an adult, so where were you when

13   you turned 21 years old?

14        A    Taiwan.

15        Q    And did you have a job?

16        A    Yes, I do.

17        Q    What did you do when you were 21?

18        A    I'm the -- in Taiwan, I have electronics

19   engineering in -- in one of the electronics company.

20        Q    Okay.  So you were an electronics engineer?

21        A    Yes.

22        Q    Had you gotten your master's degree by that time?

23        A    No.

24        Q    Did you have your -- I would think it's a

25   bachelor's degree.  I don't know if that's what they call
```

 1    I'm planning in my future.

 2         Q    Okay.  So you went, took a look at Jun-En to see

 3    how it might fit in with your future?

 4         A    Yes.

 5         Q    Did you eventually work for Jun-En or for Shi Ru

 6    Yang?

 7         A    At that time?

 8         Q    Did you eventually -- at some point in time, did

 9    you start working for Jun-En or Shi Ru Yang?

10         A    In 2000 -- no, 1999, around that time.

11         Q    And did you work for Jun-En?

12         A    Yes.

13         Q    Did you ever separately work for Shi Ru Yang, not

14    as an employee of Jun-En?

15              MS. BACANI:  Objection.  Vague.

16              THE WITNESS:  Shi Ru Yang, Jun-En Enterprises.

17         Q    BY MR. COLE:  So any work you did for Shi Ru

18    Yang, as far as you knew, you were doing it for and with

19    Jun-En as well?

20         A    Yes.

21         Q    So Tony and Jun-En are one in the same?

22         A    Yes.

23         Q    So what did you eventually start to do with

24    Jun-En?  What was your job?

25         A    From the beginning, I just learn how that their

1    company, how their product.  I started learning in the

2    training, know it, then try starting doing the sales.

3        Q    Okay.  So you came in, learned the business with

4    an idea toward doing sales?

5        A    Yes.

6        Q    Okay.  Did Tony personally hire you?  I mean, did

7    you discuss it with Shi Ru Yang directly to come to an

8    understanding about you being hired or did you go deal

9    with someone else at Jun-En?

10       A    Direct to Shi Ru Yang.

11       Q    And what -- when you came to work for Jun-En

12   for -- were you going to be paid a salary?  Were you going

13   to be paid hourly?

14       A    Salary.

15       Q    Okay.  And did you negotiate that salary with

16   Tony?

17       A    They never say the salary until I working, finish

18   first months, then I got the paycheck how much I got.

19       Q    Now, that, I have to admit, seems unusual to me.

20       A    It's unusual.

21       Q    Okay.  So --

22       A    Really unusual.

23       Q    Is that also unusual in Taiwan?

24       A    Yes.

25       Q    Okay.

38

          1          MR. COLE:  Just asking for his understanding, not

          2     a legal conclusion.

          3          THE WITNESS:  Yes, I'm the -- under their

          4     payroll.

          5     Q    BY MR. COLE:  Okay.  At some point, and I'm going

          6     to come back to this, but at some point after you came to

          7     the United States, you became your own country and were no

          8     longer an employee of Jun-En; is that correct?

          9          MS. BACANI:  Same objections.

         10     Q    BY MR. COLE:  Well, let me withdraw that

         11     question.  I don't mean it to be quite so -- you are no

         12     longer an employee of Jun-En as you sit here today;

         13     correct?

         14     A    Yes.

         15     Q    You work for yourself now; correct?

         16     A    Yes.

         17     Q    Okay.  When you would travel to the United States

         18     to do sales during the five years you worked for Jun-En in

         19     Taiwan, what did you come to the United States to do?  Did

         20     you meet with clients, customers?

         21     A    Yes.

         22     Q    Did you go to trade shows?

         23     A    I go to the trade show but not that --

         24     Q    What else did you do when you came to the United

         25     States during the five years that you were working in

```
 1    Taiwan?  I mean, what else for Jun-En, what else did you

 2    do?  You came to meet with customers.  Anything else?

 3         A    Yes.

 4         Q    What else?

 5         A    That's it.

 6         Q    Okay.  So you didn't meet with suppliers for

 7    Jun-En who provided materials or things?  You didn't --

 8    you weren't conducting any other business for Jun-En?

 9              MS. BACANI:  Objection.  Vague.

10              MR. COLE:  I'll withdraw the question.  I think I

11    understand your answer.

12         Q    BY MR. COLE:  At some point you came to the

13    United States to run the operation for Jun-En; is that

14    correct?

15              MS. BACANI:  Objection.  Vague.  Lacks

16    foundation.

17              THE WITNESS:  No.

18         Q    BY MR. COLE:  Okay.  Did you ever -- at some

19    point you moved back to the United States; correct?

20         A    Yes.

21         Q    And that was around what, 2004, 2005?

22         A    Yes.

23         Q    Okay.  And why did you come back to the United

24    States?

25         A    Back to my country.
```

1    United States?

2              MS. BACANI:  Objection.  Vague.

3              THE WITNESS:  I not quite understand what you

4    mean.  What do you mean?

5         Q    BY MR. COLE:  What did you do for work when you

6    came to the United States in 2004, 2005?

7         A    Sales.

8         Q    What did you sell?

9         A    Metal.

10        Q    Did you sell metal manufacturing machinery?

11        A    One of that.

12        Q    Okay.  That was one of the things that you sold?

13        A    Yes.

14        Q    And for whom did you sell that?

15        A    All the provider, machinery provider.

16        Q    Would one of those machinery providers be Jun-En?

17        A    One of that.

18        Q    Who else makes that kind of machinery that you

19    might have sold for?

20        A    From other -- other different -- different

21    machines, some that Jun-En doesn't have.

22        Q    And what are the manufacturers?  What companies

23    are the other companies that make this machinery that you

24    might have sold?

25        A    Some of the different packing machines, the nail

45

```
 1        Q    I'm sorry.  Go ahead.

 2        A    I add -- whatever they gave to me the price, I

 3   added it.

 4        Q    How did you -- how did you -- the company in

 5   Torrance, what was the name of that company?

 6        A    Not in Torrance, Torrance Fence.

 7        Q    Torrance Fence, where is that located?

 8        A    Between -- between Sacramento and --

 9        Q    It's in California?

10        A    Yeah.

11        Q    Okay.  How did you come to sell machinery to

12   Torrance Fence?  Did you come to them?  Did they come to

13   you?

14             MS. BACANI:  Objection.  Vague.

15        Q    BY MR. COLE:  I mean, did you go seek them out

16   and try to sell them this machine or did they come to you

17   and inquire about buying the machine?

18        A    Depend, depend.

19        Q    Well, Torrance Fence, with Torrance Fence, did

20   you go call on them to try to sell them machinery or

21   products or did they come to you seeking to buy?

22        A    I don't remember.

23        Q    Okay.  Did you handle the sale of the Jun-En

24   machine to Torrance Fence?

25        A    Yes.
```

 1      Q    Okay.  So Torrance Fence would talk to you,

 2   communicate with you, not communicate directly with

 3   Taiwan; is that correct?

 4      A    Always me.

 5      Q    Okay.  And then you would communicate with

 6   Jun-En?

 7      A    Yes.

 8      Q    When you did that, what was your understanding,

 9   what was your agreement, if any, with Jun-En about what

10   you were to get for being involved in that sale?

11      A    I know how much they tell me, then I paid them,

12   the rest is my parts.

13      Q    So it sounds to me as though you knew how much

14   Jun-En would want for the machine and anything more you

15   could charge Torrance Fence would be yours?

16      A    Yes.

17      Q    Expanded Solutions, with that sale, did they

18   also -- did Expanded Solutions only communicate with you,

19   not with Jun-En in Taiwan?

20      A    Yes.

21      Q    And what would -- how did you make money on that

22   sale?

23      A    Same thing.

24      Q    So you knew what Jun-En would want to be paid for

25   the machine and anything over that that you could charge

1    Expanded Solutions you kept?

2         A    Yes.

3         Q    Was -- did you have any understanding with Jun-En

4    before you made those sales about making sales for Jun-En

5    products?  Had you discussed it with them?

6              MS. BACANI:  Objection.  Vague.

7              THE WITNESS:  I don't understand.

8         Q    BY MR. COLE:  Well, from what you have described,

9    you could have set up those sales with Torrance Fence and

10   Expanded Solutions and then contacted Jun-En and just said

11   I want to buy a machine, have it delivered in the United

12   States, and there would be no arrangement with Jun-En, no

13   prior discussion, no meeting of the minds.

14             What I'm wondering, did you -- before you made

15   those sales, had you discussed with Jun-En making sales

16   for Jun-En, doing this work for Jun-En?

17             MS. BACANI:  Objection.  Form.

18             THE WITNESS:  When the customer request a

19   machine, they give me the specification, then I asking the

20   Jun-En have a quote, then after Jun-En have a quote, I

21   come back to my letter, my letterhead, everything from me

22   to the customer.

23        Q    BY MR. COLE:  And when you say "me," would that

24   be Agape Industrial or Agape Industry, Inc. letterhead?

25             MS. BACANI:  Objection.  Vague.

1          Q    BY MR. COLE:  None at all?

2          A    No.

3          Q    Did you have any agreement or understanding with

4     Jun-En when you came to the United States that you would

5     be doing anything for Jun-En?

6          A    Anything to Jun-En?

7          Q    Well, when you were in Taiwan for that five years

8     you worked for Jun-En?

9          A    Yes.

10         Q    In Kaohsiung; right?

11         A    Yes.

12         Q    And you worked there full time, it was your job;

13    right?

14         A    Yes.

15         Q    And when you came to the United States, you no

16    longer had that job; correct?

17         A    Yes.

18         Q    And, in fact, you said that when you came to the

19    United States, you did nothing for Jun-En; is that

20    correct?

21              MS. BACANI:  Objection.  Vague.  Misstates prior

22    testimony.

23              THE WITNESS:  I can sell them machines.

24         Q    BY MR. COLE:  But I understand you said when you

25    came to United States you were no longer working for

```
1    Jun-En; is that correct?
2         A    Yes.
3         Q    Okay.  Were you working for anybody but yourself
4    when you came to the United States?
5         A    Yes.
6         Q    Who were you working for when you came to the
7    United States?
8         A    Agape Industry.
9         Q    Well, Agape Industry is a corporation; correct?
10        A    Yes.
11        Q    And it was formed in 2005 when you came to the
12   United States; correct?
13        A    I think so.
14        Q    Well, you formed it, didn't you?
15        A    Yeah, but I don't remember when.
16        Q    Okay.  But you formed it after you came to the
17   United States; correct?
18        A    Yes.
19        Q    And who owned it when you formed it?
20             MS. BACANI:  Objection.  Vague.
21             THE WITNESS:  Me.
22        Q    BY MR. COLE:  Okay.  Anybody else own it?
23        A    No.
24        Q    Okay.  So you and Agape Industry were one in the
25   same?
```

57

```
1              MS. BACANI:  Objection.  Vague.

2         Q    BY MR. COLE:  Correct?

3              MS. BACANI:  Same objection.  Calls for legal

4    conclusion.

5              THE WITNESS:  I'm operate.

6         Q    BY MR. COLE:  And you own it?

7         A    Yes.

8         Q    No other owners; correct?

9              MS. BACANI:  Objection.  Vague.

10        Q    BY MR. COLE:  In 2005 when you started Agape

11   Industry, Inc., you were the only owner; correct?

12             MS. BACANI:  Same objection.

13             THE WITNESS:  I don't quite understand what you

14   mean.

15        Q    BY MR. COLE:  You mean you --

16        A    I'm operate that Agape Industries.

17        Q    Yeah, but who owned it?

18             MS. BACANI:  Same objection.

19             THE WITNESS:  I owned it.

20        Q    BY MR. COLE:  Okay.  As far as you know, were

21   stock certificates ever issued in 2005 when the

22   corporation was formed?

23        A    Never.

24        Q    Okay.  Were there any other owners besides you in

25   2005 when Agape Industry was formed?
```

58

```
 1    Agape Industry, it required that you list owners; correct?

 2       A    Yes.

 3            MS. BACANI:  Objection.  Vague.  Lacks

 4    foundation.

 5            MR. COLE:  Okay.

 6            MS. BACANI:  You may answer.

 7       Q    BY MR. COLE:  So yes, you understood you had to

 8    list owners on the tax returns; correct?

 9            MS. BACANI:  Same objections.

10            THE WITNESS:  As I say, paper is paper.

11       Q    BY MR. COLE:  Well, I can show you the exhibits

12    again if you need to have your memory --

13       A    Yes, it's on the paper.

14       Q    And you gave the accountant the information to

15    prepare those papers; correct?

16       A    Yes.

17       Q    And do you mean to tell me when you gave him the

18    information as to who the owners were, you didn't know

19    what it meant to be an owner?

20            MS. BACANI:  Objection.  Vague.  Argumentative.

21            THE WITNESS:  I only knew operated business,

22    making the business running, making the money.  That's it.

23       Q    BY MR. COLE:  Did Agape Industry have an office

24    in 2005?

25       A    Yes.
```

1        Q      Where -- what street was that on?

2        A      In Torrance.

3        Q      Okay.  Was it on Crenshaw?

4        A      No.

5        Q      And was that office in a space that was rented?

6        A      Yes.

7        Q      Who paid the rent?

8        A      I paid the rent.

9        Q      Okay.  Out of your own personal money, not out of

10   Agape Industry?

11       A      Company.

12       Q      So Agape Industry paid the rent?

13       A      Yes, that is company expense.

14       Q      How about the other expenses for the business:

15   Letterhead, travel, that kind of thing.  Did Agape

16   Industry also pay that as well?

17       A      Yes.

18       Q      So if you travel to go see a client, Agape

19   Industry would pay for the airplane ticket; is that fair?

20       A      Yes.

21       Q      Did you also have a car that you used that was

22   owned by the company?

23       A      No.

24       Q      Did the company pay expenses for your vehicle,

25   however?

```
 1        A     Paid the gas.

 2        Q     Okay.  And where did the money come from that

 3   went into the Agape Industry account to pay these

 4   expenses?  2005, when you started the company, where did

 5   the money come from?

 6        A     Some of the expense paid by -- if I selling the

 7   customer, the customer buying the stuff from Jun-En,

 8   Jun-En will be provide me pay for my expense.

 9        Q     So if you sold a Jun-En machine, Jun-En would pay

10   for the expense?

11        A     Yes.

12        Q     Did you have an agreement with Jun-En about that?

13        A     No.

14        Q     How would it work out then?  Would you -- how

15   would you get Jun-En to pay the expense?

16        A     They look at the purchase order.

17        Q     And what would be on the purchase order, your

18   rent?

19              MS. BACANI:  Objection.  Vague.  Lacks

20   foundation.

21        Q     BY MR. COLE:  Well, let me back up.  Maybe you

22   don't understand my question.

23              When you started Jun-En, did you have any money

24   in the Jun-En account?

25              MS. BACANI:  Objection.  Vague.  Lacks
```

1    foundation.  You said Jun-En.

2        Q    BY MR. COLE:  I'm sorry.  Agape Industry.  When

3    you started Agape Industry, Agape Industry had a bank

4    account; correct?

5        A    Yes.

6        Q    Was there any money in it?

7        A    I putting money.

8        Q    How much?

9        A    I don't remember.

10       Q    Was it a few hundred dollars, a few thousand

11   dollars?

12       A    I don't remember.

13       Q    You don't remember whether you put $100 in or

14   $100,000?

15       A    I don't remember.

16       Q    Really, I want to caution you, Mr. Lin, you are

17   under oath and you are giving me an answer which I think

18   you want to think again.

19            When you first started Agape Industry, you don't

20   remember whether you had only $100 in the bank or $100,000

21   in the bank?

22            MS. BACANI:  Objection.  Asked and answered.

23            THE WITNESS:  I'm not a computer.  I'm not

24   remembering, that almost ten years ago.

25       Q    BY MR. COLE:  Okay.  Did anyone other than you

```
 1    put money into Jun-En to start the company?

 2              MS. BACANI:  Objection.  Vague.

 3              THE WITNESS:  I cannot answer your question.

 4    Q    BY MR. COLE:  Well, because you do not recall?

 5    A    Because you said Jun-En.

 6    Q    I'm sorry.  You are correct.

 7         Did anyone other than you put money into Agape

 8    Industry to start that company?

 9    A    No.

10    Q    Okay.  Did you borrow or did the company borrow

11    money from anyone to start up?

12              MS. BACANI:  Objection.  Vague.

13              THE WITNESS:  I'm not quite remember.

14    Q    BY MR. COLE:  You don't remember if someone lent

15    money to the corporation?

16    A    I don't remember.

17    Q    Do you know if there's any document or record you

18    could refer to that would refresh your memory as to

19    whether you borrowed any money or the company borrowed any

20    money when it started up?

21    A    I don't think so any borrow any money.

22    Q    Do you know who lent Agape Industry $100,000 in

23    2006?

24              MS. BACANI:  Objection.  Vague.  Lacks

25    foundation.
```

1      you selling Jun-En products before you actually sold

2      Jun-En products in the United States or outside of Taiwan.

3              MS. BACANI:  Same objections.

4         Q    BY MR. COLE:  Is that correct?

5         A    I don't have any agreement with the Jun-En

6      selling their machines.

7         Q    Okay.  You just did it and then made whatever

8      profit you could, as you described earlier; correct?

9              MS. BACANI:  Same objections.

10             THE WITNESS:  Yes, I said that earlier.

11        Q    BY MR. COLE:  Okay.  How about Lead Long?  With

12     Lead Long, did you have any agreement or arrangement

13     before you made sales of their equipment about selling

14     their equipment or their machinery?

15             MS. BACANI:  Objection.  Vague.

16             THE WITNESS:  No agreement.

17        Q    BY MR. COLE:  Is it the same, you would just --

18     if their product was the product you could sell, you would

19     order the product from them and whatever profit you could

20     make was yours; is that fair?

21        A    Yes.

22             MR. COLE:  Okay.  Would you like to take a break,

23     we have been going for a while?

24             MS. BACANI:  Yeah, we have been going about two

25     hours without a break, maybe we can break for lunch.

```
 1      introduce you to Daniel Roan?  Did you meet Daniel Roan

 2      the accountant through Shi Ru Yang?

 3          A    Yes, we can say that.

 4          Q    Okay.  In 2005 when Daniel Roan helped put these

 5      papers together for Agape Industry, who paid Mr. Roan's

 6      bill?

 7          A    I am.

 8          Q    You did?

 9          A    Yes.

10          Q    Prior to the corporation being formed, you paid

11      it?

12          A    Yes.

13          Q    Out of your personal account?

14          A    I think from the -- after from the Agape Industry

15      business account.

16          Q    Okay.

17          A    We pay him later, after we got our checking

18      account.

19          Q    And where did the money come from that was in the

20      Agape Industry account before the corporation was formed?

21              MS. BACANI:  Objection.  Vague.

22              THE WITNESS:  From my pocket.

23          Q    BY MR. COLE:  Okay.  So you put the money into

24      the account and then wrote a check from that account to

25      pay Mr. Roan?
```

```
 1      A    Yes.

 2      Q    Did you quit your job at Jun-En before coming to

 3   the United States?

 4           MS. BACANI:  Objection.  Vague.

 5      Q    BY MR. COLE:  Well, did you go -- I mean, you

 6   weren't working for them anymore when you came here, were

 7   you?  When you came to the United States, you no longer

 8   were working for Jun-En; correct?

 9      A    Yes.

10      Q    Did you end the relationship with Jun-En or did

11   they end the relationship with you?

12      A    (Inaudible response.)

13      Q    You don't understand?

14      A    How you mean the end of the relationship?

15      Q    Well, you could have let them know, I'm going to

16   the United States, I'm not going to work here anymore, so

17   you would have told them; or they could have said to you,

18   Peter Lin, we don't want you working for us anymore, we

19   are ending your employment, and then you go to the United

20   States.  So I want to know, did you quit or did you get

21   fired?

22      A    I quit.  I tell them I'm back to the States.

23      Q    Okay.  All right.  So they didn't -- they didn't

24   tell you you had to leave?  They didn't tell you we want

25   you not to work for Jun-En anymore, did they?
```

```
 1        A    I left from the Taiwan back to U.S. working.

 2        Q    And when you came to the U.S., were you still

 3   doing the same work for Jun-En?

 4        A    Yes, I'm working sales in U.S.

 5        Q    Were you -- okay.  And were you working sales in

 6   the U.S. for Jun-En?  Were you trying to make sales for

 7   Jun-En?

 8             MS. BACANI:  Objection.  Vague.

 9             THE WITNESS:  Working for sales for living in

10   United States.

11        Q    BY MR. COLE:  So you came to the United States

12   and started working for yourself; correct?

13        A    Yes.

14        Q    And trying to sell products, you might try to

15   sell Jun-En products, you might try to sell someone else's

16   products; correct?

17        A    Yes.

18        Q    Okay.  When you came to the United States, did

19   you continue to get paid by Jun-En?

20             MS. BACANI:  Objection.  Vague.

21             THE WITNESS:  From where?

22        Q    BY MR. COLE:  From Jun-En.  Did Jun-En give you

23   any money for any reason after you came to the United

24   States?

25        A    I don't know.
```

1      Q    Okay.  And --

2      A    Just something over a little bit 1,000.

3      Q    Was Jun-En giving any money to Agape Industry

4    after you came to the United States?  Did Jun-En provide

5    any money to Agape Industry for any reason?

6      A    If I doing the sales for them, they provide me,

7    they pay for the expense.

8      Q    Well, I understood you would take that out of the

9    money from the customer, that you would get the order from

10   the customer --

11     A    Yes.

12     Q    -- sell the Jun-En product, you would pay Jun-En

13   what they wanted for their product, and you would keep the

14   rest; correct?

15     A    Yes.

16     Q    So Jun-En wouldn't pay the expenses, would they,

17   you would actually pay Jun-En?

18     A    They also paid me the expense for got that

19   purchase order.

20     Q    So you would pay them for their machine and they

21   would pay you for the expense?

22     A    Yes, part of that.

23     Q    Okay.  How would you account to them what the

24   expense was?  How would you show them how much the expense

25   was?

1       A     No, not the big machines.  I told you also they

2   had 50,000 small machines.  Okay.

3       Q     Can you estimate how many sales -- from the time

4   you left Taiwan and came to the United States until you

5   came to the agreement in May of 2009, can you estimate how

6   many sales you made of Jun-En products?

7       A     Pretty much.

8       Q     Would it be more than ten?

9       A     Ten what?

10      Q     Would it have been more than ten sales?  You made

11  at least one sale of Jun-En products from the time you

12  came in 2006 until May of 2009; correct, at least one?

13      A     Sure.

14      Q     More than one?

15      A     Yes.

16      Q     Can you estimate how many in that time period?

17      A     Over ten.

18      Q     Okay.  Over 20?

19      A     I don't know.

20      Q     Of those, were they all the same, that you made

21  the deal, and then you would buy the machine from Jun-En,

22  and you would just keep whatever profit you could get from

23  the sale?  Is that how it worked?

24      A     Yes.

25      Q     Okay.  Now, in May of 2009, you came to a new

1     agreement or you came to an agreement with Tony Yang;

2     right?

3          A     Yes.

4          Q     Where were you when you came to this agreement?

5     Was it here?  Was it in Taiwan?

6          A     In Taiwan.

7          Q     Do you remember where?  Did you go to Tony's

8     office?  Do you remember where?

9          A     We talk this deal a couple times, some in the

10    office, some -- the final -- the final is in his home.

11         Q     Okay.  I would like to show you what I'm going to

12    mark as Exhibit 17.  I don't have a copy of it at the

13    moment, but I believe this -- you guys brought this to the

14    mediation I think.

15               (Deposition Exhibit 17 was marked for

16               identification by the court reporter.)

17         Q     BY MR. COLE:  Do you recognize that document

18    Exhibit 17?

19         A     Yes.

20         Q     What is that document?

21         A     They agreed from when going to start pay me some

22    of the commission.

23         Q     If I may, is Exhibit 17 the result of your

24    agreement with Tony Yang?

25         A     Yes.

```
 1        Q    Okay.  In your complaint you say that that
 2   agreement was memorialized in writing.  Do you understand
 3   that that one piece of paper there, Exhibit 17, is that
 4   supposed to memorialize the agreement with Tony Yang?
 5        A    We can say that is agreement with Tony Yang.
 6        Q    Or at least it indicates the agreement, it may
 7   not be all of the agreement, I mean there may be parts of
 8   the agreement that are not on that paper; is that fair?
 9        A    That is agreement.
10        Q    But that's the agreement?
11        A    Yeah.
12        Q    Okay.  And could you tell us what the agreement
13   was?  What did you agree with Tony?
14        A    The commission and in the future, in the future
15   when I sell the machines when they need training, training
16   or the begin training or other things, they are going to,
17   before any sale in the machines, to the training, to the
18   installation, they pay me all the -- all the expense.
19   Then right now under the -- we have -- I have a
20   commission, more commission for me, so they also give me
21   the commissions, so they don't do just pay me -- give me
22   some of the part of the -- a part of that -- for the
23   training installation, the expense.
24        Q    Okay.  Up until May of 2009, until then, if you
25   sold Jun-En machines, you had to cover all of your
```

1    expenses, you had to pay to run your business, and if you

2    made a sale, then you could try to get them to pay you

3    back for the expenses of the sale; correct?

4         A    Yeah, even the travel expense.

5         Q    Now, in May of 2009, was the deal in May 2009

6    that they were going to pay you the expenses for any sale?

7    I mean, does this document say that?  Because it seems to

8    me -- for instance, it has something on here it says

9    there's a 7 percent commission; correct?

10        A    Yes.

11        Q    Okay.

12        A    No, that is at the end.  They say -- they say

13   over a million dollars is 8 percent, and under -- under

14   the --

15        Q    So the idea was, if you made a million dollars in

16   sales or more, your commission would be 8 percent?

17        A    Yes.

18        Q    Instead of 7 percent?

19        A    Yes.

20        Q    It also has on there income of I believe $72,004

21   with a monthly income of $7,667.  Do you see that?

22        A    Where?

23        Q    Right here, six lines down there's the number

24   7,667, and also next to it $92,004.  What do those numbers

25   indicate?

1          A     Okay.   During this -- this two line, the number

2     not exact because that -- he want me to give him the

3     proposals to how much -- how much every -- if he want to

4     pay me -- pay me to working, that is the expense.  I gave

5     to you -- give him the proposals, propose all the number

6     on that.  So then they cross out everything, everything,

7     then he say everything on the commission page, then plus

8     the expense for the installation and training, and

9     training, how much he gonna cover my expense, only for the

10    airline ticket, and the other one like hotel, only pay the

11    half or -- and also some of the -- if I use the their name

12    going to the association, some association or some

13    training, they are going to cover something.

14         Q     Okay.

15         A     So these two numbers if I keep in the proposal,

16    then all of this cross out.

17         Q     Okay.  I understand.  Exhibit 17, part of it is

18    printed by a printer and part of it is handwriting.  Whose

19    handwriting is that?

20         A     Tony Yang.

21         Q     The printed part, did you create that?

22         A     Yes.

23         Q     So you gave it to him as a proposal?

24         A     Yes.

25         Q     He didn't accept the proposal, he modified it;

1    correct?

2        A    Yes.

3        Q    And the modifications are in the handwriting?

4        A    Yes.

5        Q    So if I understand -- let's just talk about what

6    you were proposing.  What does this number, 7,667 a month

7    and $94,000 a year, what are you proposing?  What is that

8    there for?

9        A    I really don't remember.

10       Q    You prepared this document, you don't remember

11   where those numbers came from?

12       A    I don't remember how we come up -- how I come out

13   with -- how I come out with the number.

14       Q    Okay.  I would like to show you, go down to about

15   the tenth line down, you will see there's a column that

16   says on the left $1,390, on the right it says $16,680.

17   What does that indicate?

18       A    That is the living, housing.

19       Q    Your housing.  So you were proposing that they

20   should pay your monthly housing expense; right?

21       A    Because at that time I moved to -- moved my

22   office back to the home office, so they need to put down

23   the home -- put down the office rent.

24       Q    But I mean why were you proposing that Jun-En

25   should pay Agape Industry's office rent, was Agape

1    Industry going to be --

2        A    If they want me give them the proposal, so how do

3    I just give all the proposal?  I need it.

4        Q    What did they want you to give them a proposal

5    about?

6        A    He want the thinking how I -- how -- because at

7    that time they want to limit it -- to limit the -- how to

8    say -- they want me to put all what is the, for example,

9    one office in United States, how much expense.

10       Q    Right.

11       A    So I give them the proposal.

12       Q    So they wanted to know essentially what it cost

13   to run your business?

14       A    Yeah.

15       Q    Okay.  Why -- do you know why they wanted that

16   information?  Did they tell you why they wanted to know

17   how much it cost to run your business?

18       A    Tony -- Tony, he wanted to know it, so I just

19   provide it.

20       Q    Okay.  Because you had talked about it and you

21   understood that you were going to negotiate a deal where

22   he paid your commission; right?

23       A    He wanted to know -- he wanted to know the cost

24   every month of my office or evaluate it, which way is more

25   better than him.

                                                            118

```
1        Q    Okay.  Because if I understand, before this deal

2   in May of 2009, you would pay Jun-En for the machine and

3   then Jun-En would pay your expenses?

4        A    Yes.

5        Q    Okay.  In May of 2009, you changed the deal to be

6   a commission so that you would make the sale for Jun-En

7   and then Jun-En would pay you a commission; correct?

8        A    He wanted me to put this proposal, he wanted to

9   evaluate which way good for him.

10       Q    I know, but the deal that was finally agreed

11  on --

12       A    Yeah.

13       Q    -- was going to be commission now, so that you

14  would make -- so Jun-En would make the sale and they would

15  pay you a commission?

16       A    Pay me, yes.

17       Q    Instead of you buying the machine from Jun-En and

18  selling it to Jun-En for a higher price, you would now

19  sell it from Jun-En to the customer and you would get a

20  commission; correct?

21       A    I not quite understand.

22       Q    Okay.  Before May of 2009, Jun-En sold the

23  machine to you and you sold the machine to the customer at

24  a higher price; correct?

25       A    Yes.
```

```
 1        Q     After May of 2009, it looks like the agreement

 2    you came to with Tony was that Jun-En would sell the

 3    machine to the customer and pay you a commission?

 4        A     No.

 5        Q     No?  How was it going to work?

 6        A     Same.  I deal with the customer, then they call

 7    to me, give me the pricing, maybe this price more higher.

 8        Q     Uh-huh.

 9        A     Plus they going to pay me -- pay me the

10    commission, so -- so I know I have a -- if I sell their

11    machines I have a commission, so I won't be -- I don't

12    have to add on.  So I can sell it, then I pay them back,

13    then they pay me the commission.

14        Q     Sounds like, then, after May of 2009, as far as

15    the customer knows, they were still going to buy the

16    machine from Agape Industry?

17        A     Yes.

18        Q     And this only changed how you handled the money

19    with Jun-En; instead of you having to kick up the price,

20    it would be a guaranteed commission?

21        A     Yes.

22        Q     And so you would figure that into the price you

23    gave to the customer.  At the beginning, you would tell

24    the customer a price that would include your commission;

25    right?
```

1        A     Plus the machinery.

2        Q     Never mind plus for a minute.

3        A     Yeah.

4        Q     First question:  They were going to pay $2500 a

5    month --

6        A     Yes.

7        Q     -- to you, to Agape Industry?

8        A     To Agape Industry.

9        Q     Okay.  Did you ever get the $2500?

10       A     No.

11       Q     Never?

12       A     Never.

13       Q     They never made a payment?

14       A     Never.

15       Q     And after this agreement was formed in May of

16   2009, did you sell any Jun-En machines?

17       A     Yes.

18       Q     How many?

19       A     One.

20       Q     And that was to whom, Locker?

21       A     Lockers.

22       Q     Okay.  So the only sale of Jun-En machinery that

23   was covered by the May 20, 2009 agreement which is

24   indicated by Exhibit 17 was the sale to Locker Group?

25       A     Yes.

1    where that money came from?

2         A    No, I can't remember.

3         Q    I'll put these in the pile, if I may.

4              In May of 2009 when you came to the agreement

5    with Tony Yang, and that's the agreement indicated by

6    Exhibit 17 -- I'll put Exhibit 17 back in front of you so

7    we are sure what we are talking about -- at the time you

8    came to that agreement, was it your understanding that you

9    were going to do sales exclusively for Jun-En, only for

10   Jun-En?

11        A    No.

12        Q    Did you understand that you were free to do sales

13   for anybody including Jun-En?

14        A    Say again.

15        Q    At the time you formed the agreement in May 2009,

16   which is indicated by Exhibit 17, was it your

17   understanding at that time that you were free to sell

18   machinery for any manufacturer, not just for Jun-En?

19        A    As same as usual.

20        Q    Which means you could sell for any company?

21        A    Yes.

22        Q    Jun-En, Long Lead, anybody?

23        A    Yes.

24        Q    Okay.  Do you believe Tony Yang understood that

25   when -- in May of 2009 when you came to that agreement, do

1     A     Huh?

2     Q     What companies taught you about their machinery?

3     A     Okay.  I can give you one.  Anchenfa.

4     Q     Could you say that name again, please, slowly?

5     A     Anchenfa.

6     Q     Do you know how to spell that in English for the

7   court reporter?

8     A     A-n-c-h-e-n-f-a.

9     Q     Were there any companies other than Jun-En, any

10  Taiwanese companies that you had a commission agreement

11  with other than Jun-En?  Did you have any agreement with

12  any of these other companies?

13    A     Some asking -- some customers, they give me back

14  the pricing, they say, hey, this price, your commission is

15  five percent or this price equal your commission ten

16  percent, or sometimes they asking how much percent

17  commission do you want to add on, so I tell them, or I

18  just say give me the lowest price and I add on by myself.

19    Q     So sometimes they would tell you what

20  commission -- these other companies would tell you what

21  commission they would give you and it sounds like

22  sometimes you could negotiate a commission?

23    A     Yes.

24    Q     Did you have an agreement with any company other

25  than Jun-En to subsidize your business, to pay rent, or to

 1    machines; is that correct?

 2        A    Put it this way:  Because I working with the

 3    Jun-En five years, yes, sure, I learned something, as I

 4    told you, I learned more -- some machine from other

 5    factory machines, but I -- it's more -- I know more

 6    machines, Jun-En machines.  So I can say I sell more

 7    machines, Jun-En machines than other company.  Maybe

 8    Jun-En machines three machines, other company one machine.

 9        Q    Okay.  So all right, but if I understand, Jun-En

10    is the only -- I realize that they didn't necessarily

11    follow through with the agreement.  You have sued Jun-En

12    for breaching the agreement.  But at one point you thought

13    you had an agreement with Jun-En to pay you a commission

14    and also pay you the other things that are indicated on

15    Exhibit 17; right?  At least in May of 2009 you thought

16    you had that agreement; correct?

17        A    Yes.

18        Q    Did you have an agreement like that with any

19    other manufacturer?

20             MS. BACANI:  Objection.  Vague.

21             THE WITNESS:  Some of them, yes.

22        Q    BY MR. COLE:  You had other manufacturers who

23    were agreeing to pay part of your business expense?

24        A    No.

25        Q    Okay.  What -- what did the other manufacturers

```
 1      A      No.

 2      Q      New Jersey?

 3      A      New Jersey.

 4      Q      Do you remember what county in New Jersey?

 5      A      I don't know.

 6      Q      Okay.  And do you remember what year your

 7    judgment of dissolution came in, what year there was a

 8    judgment making you unmarried?

 9      A      I don't remember.

10      Q      Okay.  The -- if you sold a Jun-En machine --

11    let's talk about before May of 2009.  If you sold a Jun-En

12    machine, and after the machine was sold there needed to be

13    customer service, they needed -- the customer needed help

14    with the machine, did you provide that or did Jun-En

15    provide that?

16      A      I bring the Jun-En engineer to the customer.

17      Q      So the customer would contact you --

18      A      Yeah.

19      Q      -- say we are having a problem, you would get in

20    touch with Jun-En, make arrangements for the Jun-En people

21    to come?

22      A      Yes.

23      Q      Okay.  At that time did you have any business

24    cards or letterhead or anything indicating you worked for

25    Jun-En?
```

1        A     No.

2        Q     Okay.  So as far as you knew, the customers knew

3    that you were Agape Industry?

4        A     Yes.

5        Q     And you were just a different company that would

6    make arrangements for Jun-En to come out?

7        A     (Inaudible response.)

8        Q     How about after May 2009, if there was customer

9    service needed, how did it work?  I guess you only sold to

10   Locker so it didn't happen; right?  Locker never contacted

11   you for service?

12       A     Yeah.

13       Q     Now, the Locker -- the original Locker sale was

14   made to -- their first payment was to Agape Industry;

15   correct?

16       A     They wired direct to the Jun-En.

17       Q     Well, I thought that they had made a first

18   payment to Agape Industry, but by the time the deal was

19   finished they paid Agape Industrial, and I just wonder if

20   that's consistent with your memory as well?

21            MS. BACANI:  Objection.  Lacks foundation.

22            THE WITNESS:  I don't remember.

23       Q     BY MR. COLE:  How about Aruvil, you sold a

24   machine to Aruvil?

25       A     Yes.

142

```
 1    item -- put the order back to Agape Industrial.

 2         Q    So you said -- so Agape in Taiwan is Agape

 3    Industry Company Limited; correct?  That's the Agape in

 4    Taiwan?

 5         A    Yes.

 6         Q    Who owns that company?

 7         A    I don't know.

 8         Q    Does Tony run it?

 9         A    Tony running everything.

10         Q    So as far as you know, Tony, Shi Ru Yang runs

11    Jun-En and Agape Industry Company Limited in Taiwan.  He

12    runs both of these companies; right?

13              MS. BACANI:  Objection.  Calls for speculation.

14              THE WITNESS:  Seems likes.

15         Q    BY MR. COLE:  Okay.  And what was the argument

16    about?  You said you had an argument with them.  What were

17    you arguing about?

18         A    No, they kick me out, so they say that they --

19    they said no longer deal with me, so I -- I just said,

20    okay, leave them alone.

21         Q    So Agape -- the people in Taiwan, Tony Yang and

22    his companies, they kicked you out; right?

23         A    They kicked me -- no more -- no more -- they

24    don't want me -- they don't want to sell the machine to

25    me, so --
```

```
 1        Q    Well, okay.

 2        A    And they illegally let the detective took my

 3   computer, copy my computer without warrant, without

 4   search, without any legal document.  They use their power,

 5   they illegal use his relation to use his people to stolen

 6   my computer, computer hardware.

 7        Q    Okay.

 8        A    If you want to get my hardware and disks, copy

 9   and tell -- asking search form, court order, are they

10   going to provide to you?

11        Q    I'm not sure I understand your question, but --

12        A    Yeah, sure.

13        Q    -- it's my chance to ask questions.  I don't know

14   what court order you are talking about, but as part of --

15   there is a trademark that is at issue in our case.  It's

16   referred to as the AG trademark.

17             Do you know what trademark that is?

18        A    Yes.

19        Q    Did you create that trademark?

20        A    Yes.

21        Q    Did you license that trademark?

22        A    I didn't license.

23        Q    Did you register it?  Did you register it?

24        A    No, I didn't register.

25        Q    Who did?
```

 1      A    I don't know.

 2      Q    Okay.  You claim to own that trademark, don't

 3   you?

 4      A    I've been using since 2005, 2003.

 5      Q    When you used it in 2005, 2003 --

 6      A    2003, 2004.

 7      Q    So you used it when you were still working for

 8   Jun-En in Taiwan?

 9      A    No.

10      Q    Well, you came here, you worked for Jun-En until

11   2005, didn't you?

12      A    No, I come to America, I'm working by myself.

13      Q    When?

14      A    2004, 2005.

15      Q    Okay.  So is it you used the AG trademark after

16   you came to America; is that correct?

17      A    Yes.

18      Q    Okay.  Who registered that trademark?  Who filed

19   the paperwork to register that trademark?

20      A    I didn't file.

21      Q    Who did?

22      A    I don't know.

23      Q    What did you do to make sure that you owned that

24   trademark?  What, if anything, did you do to make sure

25   that was your trademark?

```
 1    machine?  Is it painted on?  Is it --

 2       A    Plate.

 3       Q    On a metal plate.  Where did they get the metal

 4    plate to put on the machine?

 5       A    I tell them make it.

 6       Q    Okay.  So they would make the plate?

 7       A    Yes.

 8       Q    And they would put it on?

 9       A    Yes.

10       Q    And would that machine say Jun-En anywhere on it?

11       A    Suppose no.

12       Q    So it wasn't supposed to, it was only supposed to

13    say AG; right?

14       A    Yes.

15       Q    Now, there's also an AP trademark; correct?

16       A    Yes.

17       Q    Do you own that?

18       A    Yes.

19       Q    Did you create that?

20       A    Yes.

21       Q    Did you register that?

22       A    No.

23       Q    Who did?

24       A    Nobody.

25       Q    Okay.  When did you create the AP trademark?
```

```
 1          A     Metal products.

 2          Q     Okay.  Metal forming machines?

 3          A     Yes.

 4          Q     Also finished products?

 5          A     Yes.

 6          Q     How about the AG, the first trademark, what did

 7   you sell under that trademark?

 8          A     The machinery and the product.

 9          Q     Okay.  So is it fair to say that you sold the

10   same kind of products under both trademarks?

11          A     Not that I recall.

12          Q     What's different about it?

13          A     Industrial had more different product.

14          Q     Okay.  So AG trademark, the first trademark, you

15   sold machines and some products; right?

16          A     Yeah.

17          Q     Under AP, the second trademark, you sold those

18   same machines and product, but some more as well, so there

19   was more machines, more product with the AP trademark, the

20   second trademark; is that correct?

21          A     Yes.

22          Q     How did you come to find out that Jun-En and

23   Agape Industry wanted to terminate their relationship with

24   you?

25          A     Say again.
```

1    know.

2        Q    Do you know if they formed a company before or

3    after you told Jun-En to put an AG trademark on your

4    machines that you were selling?

5        A    I don't know.

6        Q    When you told them --

7        A    I tell them put the AG mark.  They never say

8    anything, they neither reject it --

9        Q    When -- did the AG trademark also include Agape

10   on that plate?

11       A    Some yes, some no.

12       Q    Okay.  And so when you told Jun-En to put the

13   plate on with the AG trademark, did the plate they put on

14   say Agape?

15       A    What mean Agape?

16       Q    The word Agape, did it appear on the plate?  You

17   had them put the trademark?

18       A    Some of the AG under have Agape, some of the

19   trademark is a big one only AG.  I'm not quite remember.

20       Q    Going back to when you found out that they were

21   kicking you out, I understand you went to the Jun-En

22   offices with the representative from Locker; right?

23       A    Yes.

24       Q    And Vincent Chiu took the representative off into

25   the factory; right?

1        Q    What is the Chinese below the AG and before Agape

2    Industry Company Limited say?  What does that say?

3        A    Translate -- translate for Agape Industry

4    Corporation, the Chinese name.

5        Q    Okay.  And so you saw this on a machine and you

6    talked to the people at Jun-En about it; right?

7        A    I remember I do.

8        Q    Okay.  And so you knew that -- did you

9    essentially say, oh, it's okay, you can go ahead and use

10   this?

11       A    I didn't say anything, but I -- I -- I complain

12   one time, then -- I think I complain one or two times,

13   then I just let them go.

14       Q    Okay.  Who did you complain to one or two times?

15       A    I don't remember.  I think I talked to the

16   factory.  I really don't remember.

17       Q    Did you ever discuss it with Tony Yang --

18       A    No.

19       Q    -- that --

20            Did you ever discuss it with Vincent Chiu?

21       A    No.

22       Q    Did you ever discuss it with Ms. Lu?

23       A    No.

24       Q    Was there any communication with Jun-En or anyone

25   at Jun-En, as far as you know, in writing, by e-mail,

```
 1    like I'm going to tell them you have a girlfriend unless

 2    you do something or did he just say I'm going to tell

 3    them?

 4       A    He already tell everybody.

 5       Q    Okay.  In your complaint against Jun-En and

 6    Agape, you have a cause of action for unfair business

 7    practices, and I wondered if you have any understanding of

 8    what you believe to be an unfair business practice by

 9    Jun-En and Agape?

10       A    Could you re-ask that question?

11       Q    Well, it's your 13th cause of action in your

12    complaint, if you want to talk it over with your lawyer,

13    take a moment.  I'm just wondering what it is you felt

14    that Jun-En or Agape or Tony Yang did to you that was

15    unfair or illegal.

16            MS. BACANI:  Objection.  Vague to the extent it

17    calls for a legal conclusion.

18       Q    BY MR. COLE:  Well, I understand you believe that

19    Mr. Yang told you things that were not true, that he --

20    for instance, I understand -- I guess he told you he was

21    going to pay you a subsidy in May 2009 and he never paid

22    it; right?

23       A    Yeah.

24       Q    He also told you he would give you a commission,

25    but he didn't pay the commission on the Locker Group sale;
```

```
 1    correct?

 2    A    Yes.

 3    Q    Anything else he promised you that he did not do?

 4    A    I have more, but I -- I cannot remember right

 5    away.

 6    Q    Okay.  So he -- so he told you in May 2009 he

 7    would pay you a commission and he didn't -- he did not do

 8    that; correct?

 9    A    Yeah.

10    Q    Okay.  But as you sit here today, you can't

11    remember anything else he promised to do?

12    A    Also before -- before 2009, May 2009, they also

13    owe me some of the expense I collected, but they still not

14    pay it.

15    Q    So that would be in the way you used to do it

16    where --

17    A    Yeah.

18    Q    -- you would -- you were going to sell the

19    product for more and then they were also going to pay your

20    expenses and they didn't pay your expenses?

21    A    Yeah.

22    Q    Did you ever complain about that in writing to

23    them?  Did you ever send them an e-mail or a letter,

24    anything to say, hey, you owe me this money?

25    A    I don't know from that -- from the Taiwanese
```

1          MR. COLE:  Back on the record.  We have had a

2    discussion off the record.  Counsel has proposed a

3    protective order in this case which has not yet been

4    submitted and entered.  We, nonetheless, have agreed to

5    respect each other's concerns regarding confidentiality.

6    Ms. Bacani will let us, Plaintiffs' counsel, know if there

7    are any parts of the transcript which should be considered

8    confidential and we will agree to treat those parts as

9    confidential under the proposed protective order.

10          Does that sound right?

11          MS. BACANI:  That's correct.

12          MR. COLE:  Thank you.  Then we are done I

13    believe.

14    ///

15    ///

16

17

18

19

20

21

22

23

24

25

1          I, PETER K. LIN, do hereby declare under penalty

2     of perjury that I have read the foregoing transcript of my

3     deposition; that I have made such corrections as noted

4     herein, in ink, initialed by me, or attached hereto; that

5     my testimony as contained herein, as corrected, is true

6     and correct.

7

8          EXECUTED this _____ day of _____,

9     20____, at _____, _____.
                        (City)                  (State)

10

11

12          _____
                         PETER K. LIN
13

14

15

16

17

18

19

20

21

22

23

24

25

1              I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby certify:

3              That the foregoing proceedings were taken before

4    me at the time and place herein set forth; that any

5    witnesses in the foregoing proceedings, prior to

6    testifying, were placed under oath; that a verbatim record

7    of the proceedings was made by me using machine shorthand

8    which was thereafter transcribed under my direction;

9    further, that the foregoing is an accurate transcription

10   thereof.

11             I further certify that I am neither financially

12   interested in the action nor a relative or employee of any

13   attorney of any of the parties.

14             IN WITNESS WHEREOF, I have this date subscribed

15   my name.

16

17   Dated: _____

18

19

20            _____
                        GINA M. CURRIE
                        CSR No. 8429
21

22

23

24

25

227