**EXHIBIT G**

| | |
|---|---|
| **From:** | Drey, Nicole L. |
| **To:** | "Bob Fong" |
| **Cc:** | Chan, Thomas T.; "Russ Cole"; Lin, Eveline; Wang, Tina (TWang@foxrothschild.com) |
| **Bcc:** | AGAPE INDUSTRIAL INC JUN EN ENTERPRISE AGAPE 103940 00003 Correspondence <{F494464}.ACTIVE@iManage.Foxrothschild.com> |
| **Subject:** | RE: Peter Lin and Agape Industry Position re Motion to Withdraw as Counsel |
| **Date:** | Wednesday, March 26, 2014 9:41:52 AM |

Bob:

I never received a response to the below, but upon speaking with Russ yesterday, it's my understanding that neither you nor he intend to file a motion to withdraw at the present time given the extra expense it will incur, which your clients have indicated they will not reimburse. However, it is also my understanding that your clients have indicated that they intend simply to default and do not want counsel to do any more work on their behalf.

If that is the case, I'm wondering if your clients would be willing to stipulate to an entry of judgment, which would drain fewer resources for you and simply put this matter to bed. A default would ultimately result in the same judgment anyway, and ending this sooner rather than later would also nip any potential additional sanctions.

Please advise as soon as you can.

Nicole

-----Original Message-----
From: Drey, Nicole L.
Sent: Friday, March 14, 2014 1:01 PM
To: 'Bob Fong'
Cc: Chan, Thomas T.; Russ Cole; Lin, Eveline; Wang, Tina (TWang@foxrothschild.com)
Subject: RE: Peter Lin and Agape Industry Position re Motion to Withdraw as Counsel

Bob,

At this time, we are still evaluating our options but should be able to confirm our position shortly.

In the meantime, however, in order to better evaluate our position, please confirm that your clients will be providing their full contact information (mailing address, email, telephone number, facsimile) in connection with the withdrawal of counsel. I believe this is actually required by the CACD forms, but we would simply like to verify. Also, are they willing to stipulate to continued service by email?

Thanks,
Nicole

-----Original Message-----
From: Bob Fong [mailto:bfmc@ix.netcom.com]
Sent: Thursday, March 13, 2014 6:29 PM
To: Drey, Nicole L.
Cc: Chan, Thomas T.; Russ Cole
Subject: Peter Lin and Agape Industry Position re Motion to Withdraw as Counsel

Dear Ms. Drey,

This is confirm your clients' response to my inquiry as to whether they
would oppose any motion of Russell Cole and or myself to withdraw as
counsel of record in this matter. You stated that your clients did not
support, nor would it oppose such a motion. Hence, any such motion
would be unopposed by them, whether that motion was stipulated to by our
clients, or not.

Thank you for your prompt response.

Very truly yours,

Bob Fong

H. G. Robert Fong
Ku & Fong
444 S. Flower St., Suite 1500
Los Angeles, CA 90071

Phone 213-488-1400
FAX 213-236-9235

****************************************************************************************************

This message is a PRIVATE communication. This message and all
attachments are a private communication sent by a law firm and is
confidential and protected by privilege. If you are not the intended
recipient, you are hereby notified that any disclosure, copying,
distribution or use of the information contained in or attached to this
message is strictly prohibited. Please notify the sender of the
delivery error by replying to this message, and then delete it

from your system. Thank you.

*********************************************************************************************************