**EXHIBIT I**

| | |
|---|---|
| **From:** | prdrjclaw |
| **To:** | Chan, Thomas T.; Bacani, Lena N.; Drey, Nicole L. |
| **Cc:** | Bob Fong |
| **Subject:** | Jun-En v Peter Lin |
| **Date:** | Thursday, April 03, 2014 10:57:58 AM |

Counsel,

I am writing to inform you that our clients instructed us this morning that they want us to expend no further effort to defend the counter-claim and third-party complaint against them, as they do not intend to continue to contest the case.

Russell Cole
DePasquale & Cole