**EXHIBIT J**

| | |
|---|---|
| **From:** | Drey, Nicole L. |
| **To:** | "prdrjclaw"; Chan, Thomas T.; Bacani, Lena N. |
| **Cc:** | Bob Fong |
| **Bcc:** | AGAPE INDUSTRIAL   INC    JUN EN ENTERPRISE   AGAPE  103940 00003  Correspondence <(F494464).ACTIVE@iManage.foxrothschild.com> |
| **Subject:** | RE: Jun-En v Peter Lin |
| **Date:** | Thursday, April 03, 2014 11:17:59 AM |

So does that mean that they will stipulate to entry of judgment?

**From:** prdrjclaw [mailto:prdrjclaw@gmail.com]
**Sent:** Thursday, April 03, 2014 10:58 AM
**To:** Chan, Thomas T.; Bacani, Lena N.; Drey, Nicole L.
**Cc:** Bob Fong
**Subject:** Jun-En v Peter Lin

Counsel,

I am writing to inform you that our clients instructed us this morning that they want us to expend no further effort to defend the counter-claim and third-party complaint against them, as they do not intend to continue to contest the case.

Russell Cole
DePasquale & Cole