UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**#143 (06/02 HRG OFF)**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-2734 PSG (SSx) | Date | May 16, 2014 |
|---|---|---|---|
| Title | Jun-En Enterprises v. Lin, *et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers) Order GRANTING Counsel's Unopposed Motion to Withdraw**

Before the Court is H.G. Robert Fong's ("Counsel") unopposed motion to withdraw as counsel for Counter-Defendants Jun-En Enterprise and Agape Industry Co., Ltd., (collectively, "Counter-Defendants") and Third-Party Defendants Shi Ru Yang and Hsiu-Ying Lu (collectively, "Third-Party Defendants"). *See* Dkt. # 143. Having read and considered the supporting papers, the Court GRANTS Counsel's motion to withdraw as counsel of record.

**IT IS SO ORDERED.**