H. G. Robert Fong, ESQ. State Bar # 53535
444 S. Flower Street, Suite 1500
Los Angeles CA 90071-1435
Telephone (213) 488-1400

Attorney for Plaintiff/Counter Defendants
and Third Party Defendants
JUN-EN ENTERPRISES, AGAPE INDUSTRY CO., LTD.
SHI RU YANG aka TONY YANG,
and HSIU-YING LU

COURTESY COPY

E-FILED
MAY 23 2014
Document # _____
CC: Fiscal

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES

| | |
|---|---|
| JUN-EN ENTERPRISES, a Taiwan Corporation, AGAPE INDUSTRY CO., LTD., a Taiwan Corporation,<br><br>Plaintiffs,<br>vs.<br>PETER K. LIN, AGAPE INDUSTRIAL INC., and DOES 1 through 10,<br>Defendants<br><br>PETER K. LIN, an individual, and AGAPE INDUSTRIAL, INC.,<br>Counter-Claimants/Third Party Plaintiffs,<br>vs.<br>JUN-EN ENTERPRISE, a Taiwan Corporation, AGAPE INDUSTRY CO., LTD., a Taiwan Corporation, SHI RU YANG aka TONY YANG, an individual, HSIU-YING LU, an individual, and Does 1 through 10,<br>Counter-Defendants and Third Party Defendants. | Case No: CV 12-2734 PSG (SSx)<br>Hon. Philip S. Gutierrez<br><br>[PROPOSED] ORDER GRANTING DEPOSIT OF $17,243.45 WITH THE DISTRICT COURT CLERK PURSUANT TO F.R.C.P. 67<br><br>Date Complaint Filed: 03/29/12<br>Discovery Cutoff: 10/15/13<br>Trial Date: 06/24/14<br><br>**Motion**:<br>Date:      TBD<br>Time:     TBD<br>Courtroom: 880 |

1

[PROPOSED] ORDER FOR DEPOSIT OF FUNDS PURSUANT TO F.R.C.P. 67

The Court, having considered MOVANT H.G. ROBERT FONG'S EX PARTE APPLICATION FOR AN ORDER ALLOWING MOVANT TO DEPOSIT ORDERED FEES WITH THE COURT ON OR BEFORE MAY 24, 2014 PURSUANT TO F.R.C.P 67 PENDING ADJUDICATION OF THE JUNE 16, 2014 MOTION ON STAY OF ENFORCEMENT OR ALTERNATE SECURITY, AND DECLARATIONS OF ATTORNEYS H.G. ROBERT FONG and RUSSELL COLE, and upon good cause showing, hereby **GRANTS** Movant H.G. Robert Fong's ex parte application for an Order as follows:

1. Attorney H.G. Robert Fong is hereby **ORDERED** to deposit $17,243.45 with the Clerk of this District Court on or before May 24, 2014 pending the outcome of his MOTION FOR STAY OF EXECUTION OF ATTORNEY FEE JUDGMENT, OR ALTERNATIVE SETTING OF REASONABLE SUPERSEDEAS BOND OR ALTERNATIVE SECURITY [Docket # 152] currently set for June 16, 2014.

2. The deposited funds shall be held by this court until further order of this Court.

DATE: May 23, 2014        BY: _____
                          Hon. Phillip Gutierrez
                          United States District Court Judge