UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Term #144/101

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-2734 PSG (SSx) | Date | May 28, 2014 |
|---|---|---|---|
| Title | Jun-En Enterprises v. Lin, *et al.* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers) Order Directing Clerk to Enter Default, Rendering Moot Counter-Claimants' Motion for Summary Judgment, and Vacating Pretrial Conference and Trial Dates**

On May 16, 2014, the Court ordered Jun-En Enterprises, Agape Industry Co., Ltd., Shi Ru Yang, and Hsiu-Ying Lu (collectively, "Counter-Defendants") to show cause by May 27, 2014 why their Answers should not be stricken in order to allow Peter Lin and Agape Industrial, Inc. (collectively, "Counter-Claimants") to proceed by default instead of summary judgment. Dkt. # 162. Counter-Defendants responded to the Court's order to show cause on May 26, 2014. Dkt. # 170. They declare that while the Court should not strike their Answers, it should enter default against them because they "will not come to trial this summer" and "do not intend to contest this matter further." *Id.* 3:7-8. Such statements satisfy the requirements for entry of default under Federal Rule of Civil Procedure 55(a), which states that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). The Court therefore ORDERS the Clerk of Court to enter default against Counter-Defendants Jun-En Enterprises, Agape Industry Co., Ltd., Shi Ru Yang, and Hsiu-Ying Lu. Counter-Claimants are directed to file a motion for entry of default judgment, setting forth their requested relief, by **June 23, 2014**. Further, because Counter-Defendants acquiesce to entry of default, Counter-Claimants' pending motion for summary judgment is rendered MOOT, and the Court VACATES the June 9, 2014 Final Pretrial Conference and June 24, 2014 Jury Trial dates.

**IT IS SO ORDERED.**