## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jun-En Enterprise et al

PLAINTIFF(S)

v.

Peter K Lin et al

DEFENDANT(S).

CASE NUMBER

12-cv-02734 PSG (SSx)

### DEFAULT BY CLERK
### F.R.Civ.P. 55(a)

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a),  that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Counter-Defendants: Jun-En Enterprises,

Agape Industry Co., Ltd.,

Shi Ru Yang, and

Hsiu-Ying Lu

Clerk, U. S. District Court

5/28/14

Date

By   B. Moss (213) 894-3538

Deputy Clerk

CV-37 (10/01)                    DEFAULT BY CLERK F.R.Civ.P. 55(a)