E-filed 6/4/14 [152] [154]

UNITED STATES DISTRICT COURT             CC: Fiscal
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-2734 PSG (SSx) | Date | June 4, 2014 |
| Title | Jun-En Enterprises v. Lin, *et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):     Attorneys Present for Defendant(s):

Not Present                              Not Present

**Proceedings:**   **(In Chambers) Order GRANTING Motion for Stay of Execution of Judgment re: Payment and Disbursement of Attorneys' Fees**

On April 28, 2014, Counsel Robert Fong and Russell Cole (collectively, "Counsel") filed a motion for an order staying execution of the judgment of attorneys' fees issued by the Court on March 28, 2014 until the matter is resolved on appeal. *See* Dkts. ## 152, 154; *see also* Dkt. # 108. The motion was scheduled for hearing on June 16, 2014. Pursuant to Local Rule 7-9, Defendants Peter Lin and Agape Industrial, Inc. (collectively, "Defendants") were required to oppose the motion by May 26, 2014. *See* L.R. 7-9. Defendants have not filed an opposition to the motion, timely or otherwise. Under Local Rule 7-12, the Court deems the failure to file an opposition as consent to the motion. *See* L.R. 7-12. The Court accordingly GRANTS the motion, so the funds already deposited with the Court will remain with the Court until resolution of the appeal. Within four weeks of the resolution of the appeal, the Court ORDERS the prevailing party in the appeal to request disbursement of the withheld funds.

**IT IS SO ORDERED.**