1  Thomas T. Chan (SBN 129606)
   tchan@foxrothschild.com
2  Alan C. Chen (SBN 224420)
   achen@foxrothschild.com
3  Grace Y. Du (SBN 279084)
   gdu@foxrothschild.com
4  FOX ROTHSCHILD LLP
   1055 West 7th Street, Suite 1880
5  Los Angeles, CA 90017-2544
   Telephone:  213-624-6560
6  Facsimile:   310-556-9828

7  Attorneys for Counterclaimants/Third-Party
   Plaintiff PETER K. LIN and AGAPE
8  INDUSTRIAL, INC.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUN-EN ENTERPRISE, a Taiwan Corporation, AGAPE INDUSTRY CO., LTD., a Taiwan Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> PETER K. LIN, AGAPE INDUSTRIAL, INC., and DOES 1 through 10, <br><br> Defendants. | Case No.: CV 12-02734-PSG-SS <br><br> Hon. Judge Philip S. Gutierrez <br><br> **JOINT *EX PARTE* APPLICATION FOR EXTENSION OF THE DEADLINE TO FILE COUNTERCLAIMANTS' MOTION FOR DEFAULT JUDGMENT; DECLARATION OF ALAN C. CHEN IN SUPPORT THEREOF; [PROPOSED] ORDER** <br><br> Date Complaint Filed:   03/29/12 |
| PETER K. LIN, an individual, and AGAPE INDUSTRIAL, INC., <br><br> Counter-Claimants/Third Party Plaintiffs, <br><br> v. <br><br> JUN-EN ENTERPRISE, a Taiwan Corporation, AGAPE INDUSTRY CO., LTD., a Taiwan Corporation, SHI RU YANG aka TONY YANG, an individual, HSIU-YING LU, an individual, and Moes 1 through 10, <br><br> Counter-Defendants and Third Party Defendants. | |

1
JOINT *EX PARTE* APPLICATION

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Counterclaimants and Third-Party Plaintiff Peter K. Lin ("Lin") and Agape Industrial, Inc. ("Agape") (collectively "Counterclaimants"), and Counterdefendants Jun-En Enterprise ("JE") and Agape Industry Co., Ltd. ("AIC") and Third-Party Defendants Shi Ru Yang aka Tony Yang ("Yang") and Hsiu-Ying Lu ("Lu") (collectively "Counterdefendants") (Counterclaimants and Counterdefendants are collectively referred herein as "Parties"), by and through their respective counsel, hereby jointly apply to the Court *ex parte* for an order extending the deadline to file Conterclaimants' motion for default judgment from June 23, 2014 to July 7, 2014.

Multiple good causes exist for extension of the deadline. Since the entry of default against the Counterdefendants on May 28, 2014, the Parties, through their respective counsel, have actively engaged in discussions regarding a possible stipulated judgment on all or part of Counterclaimants' damages. A stipulation on damages would help to meaningfully reduce the parties' expenses and the burden on the Court. However, the Parties require more time to complete their discussions due to the recent withdrawl of Robert Fong as Counterdefendants' counsel, communication difficulties resulting from the Parties' principals being in Taiwan, and language barriers between Counterdefendants and their remaining counsel.

As of June 23, 2014, the date of the original filing deadline, the Parties are still actively engaged in settlement discussion. A breif extension is necessary to allow the Parties to complete their settlement discussion and possibly avoid the need of a motion. As such, the Parties have agreed, and hereby apply to the Court, for a brief extension of the deadline for Counterclaimants to file their motion for default judgment.

This *ex parte* Application is made pursuant to Local Rule 7-19 and upon the stipulation of the Parties's respective counsel.

| | | |
|---|---|---|
| Dated: June 23, 2014 | | FOX ROTHSCHILD LLP |
| | By: | */s/ Grace Y. Du* |
| | | Thomas T. Chan |
| | | Alan C. Chen |
| | | Grace Y. Du |
| | | Attorneys for Counterclaimants/Third-Party Plaintiff PETER K. LIN and AGAPE INDUSTRIAL INC. |
| Dated: June 23, 2014 | | DePASQUALE & COLE |
| | By: | */s/ Russell J. Cole* |
| | | Russell J. Cole |
| | | Attorneys for Counterdefendants/Third-Party Defendants JUN-EN ENTERPRISES; AGAPE INDUSTRY CO., LTD.; SHI RU YANG and HSIU-YING LU |

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. FACTUAL BACKGROUND AND PROCEDURAL HISTORY

On May 28, 2014, this Court issued a Minute Order instructing the Clerk to enter default against Counterdefendants, and directing Counterclaimants to file a motion for entry of default judgment by June 23, 2014. (Docket No. 173.) The order is issued upon Counterdefendants' representation that they "do not intend to contest this matter further." (*Id.*)

Since the entry of default, the Parties, by and through their respective counsel, have actively engaged in discussions regarding the components and calculation of Counterclaimants' damages. Declaration of Alan C. Chen ("Chen Decl."), ¶ 2. By engaging in such discussions, the Parties hope to reach an agreement as to damages, thereby minimizing the expenses of the Parties and the burden on the Court. *Id.*

Due to various complicating factors, including the recent withdrawl of Robert Fong as Counterdefendants' counsel and communication difficulties resulting from the Parties' principals being currently in Taiwan and language barriers between Counterdefendants' counsel and their client, faciliation of the communication and settlement terms has required more time than expected. Chen Decl., ¶ 3. As of June 23, 2014, the date of the original filing deadline, the Parties are still actively engaged in settlement discussion. Chen Decl., ¶ 4. A breif extension is necessary to allow the Parties to complete their settlement discussion and possibly avoid the need of a motion.

## II. *EX PARTE* RELIEF IS WARRANTED

*Ex parte* relief is appropriate where the applicant will suffer irreparable prejudice if the motion is heard according to regular noticed procedures and is without fault in creating the need for *ex parte* relief. *Mission Power Engineering Co. v. Continental Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995). Both of these criteria are satisfied in the case at bar.

The Parties will be irreparably harmed if they are not afforded the opportunity to complete their settlement discussion as to damages. Counterdefendants have defaulted on all fifteen counterclaims asserted by Counterclaimants. Failure to reach an agreement as to damages will necessitate lengthy briefings on the reliefs requested by Counterclaimants, thereby requiring the Parties to devote additional resources to a case that is largely uncontested. Neither party will be prejudiced by this brief extension as such relief is jointly requested. As such, this stipulated *ex parte* Application should be granted in the interest of judicial economy.

### III. GOOD CAUSE EXISTS TO EXTEND THE DEADLINE FOR FILING COUNTERCLAIMANTS' MOTION FOR DEFAULT JUDGMENT

An extension of time may, for good cause, be granted if a request is made before the original time or its extension expires. Fed. R. Civ. P. 6(b). "Good cause is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (internal quotation omitted). "Requests for extensions of time made before the applicable deadline has passed should normally ... be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *Id*.

As discussed above, an extension of the deadline to file Counterclaimants' motion for default judgment will facilitate the Parties' ongoing settlement discussions and alleviate the burden on the Parties and this Court to adjudicate the issue of damages. The Parties have acted diligently and in good faith in seeking relief from the Court before the filing deadline has passed. Good cause exists. The Parties' joint *ex parte* application should be granted.

### IV. CONCLUSION

Based on the foregoing, this Court should grant Counterclaimants' and Counterdefendants' joint *ex parte* application and extend the deadline to file Counterclaimants' motion for default judgment to July 7, 2014.

Respectfully submitted,

| | | |
|---|---|---|
| Dated: June 23, 2014 | | FOX ROTHSCHILD LLP |
| | By: | */s/ Grace Y. Du* |
| | | Thomas T. Chan |
| | | Alan C. Chen |
| | | Grace Y. Du |
| | | Attorneys for Counterclaimants/Third-Party Plaintiffs PETER K. LIN and AGAPE INDUSTRIAL INC. |
| Dated: June 23, 2014 | | DePASQUALE & COLE |
| | By: | */s/ Russell J. Cole* |
| | | Russell J. Cole |
| | | Attorneys for Counterdefendants/Third-Party Defendants JUN-EN ENTERPRISES; AGAPE INDUSTRY CO., LTD.; SHI RU YANG and HSIU-YING LU |