1
2
3
4
5  E-FILED 9/9/14
   JS-6 (lc)
6
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| JUN-EN ENTERPRISE, a Taiwan Corporation, AGAPE INDUSTRY CO., LTD., a Taiwan Corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>PETER K. LIN, AGAPE INDUSTRIAL, INC., and DOES 1 through 10,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: CV 12-02734-PSG-SS<br><br>~~[PROPOSED]~~ **JUDGMENT** |

1

[PROPOSED] JUDGMENT

ACTIVE 26868036v1 09/04/2014

The Court, having considered Counterclaimants/Third-Party Plaintiff PETER K. LIN and AGAPE INDUSTRIAL, INC.'s ("Counter-Claimants") Motion for Default Judgment (Docket No. 181), and good cause appearing, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiffs and Counter-Defendants Jun-En Enterprise and Agape Industry Co., Ltd. take nothing from Defendants and Counter-Claimants Peter K. Lin and Agape Industrial, Inc.;

2. A judgment in favor of Defendants and Counter-Claimants Peter K. Lin and Agape Industrial, Inc. against Plaintiffs and Counter-Defendants Jun-En Enterprise and Agape Industry Co. shall be entered in the amount of **$140,255.72** for compensatory contract damages; and

3. Counter-Claimants shall be awarded costs, to be determined after submission of an Application to Tax Costs and Bill of Costs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT:

4. Plaintiff and Counter-Defendant Agape Industry Co., Ltd.'s registration of the mark, AG, Registration No. 3,969,166 (the "AG Mark") with the United States Patent and Trademark Office be cancelled, effectively immediately.

5. Plaintiff and Counter-Defendants Jun-En Enterprises and Agape Industry, Co., and Ysiu-Ying Lu are permanently enjoined from using the AG Mark in any advertising, websites, sales brochures, products or machinery that is sold, imported or distributed in the United States.

Dated: \_\_\_\_\_9/9_____, 2014

PHILIP S. GUTIERREZ
The Honorable Philip S. Gutierrez
United States District Judge