AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

FILED 2012 MAR 29 PM 1:27

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Central District of California** on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>CV12-02734-MRP(SSx) | DATE FILED<br>3/29/2012 | U.S. DISTRICT COURT<br>Central District of California | |
|---|---|---|---|
| PLAINTIFF<br>AGAPE INDUSTRY CO. LTD., a Taiwan Corporation | | DEFENDANT<br>PETER K. LIN, AGAPE INDUSTRIAL, INC., and DOES 1 through 10 | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  3,969,166 | 5/31/2011 | Agape Industry Co., Ltd. (Taiwan Corporation) | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| see attached Judgment |

| CLERK<br>TERRY NAFISI | (BY) DEPUTY CLERK | DATE<br>9/9/14 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

# EXHIBIT "A"

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,969,166**  AGAPE INDUSTRY CO., LTD. (TAIWAN CORPORATION)
10F, NO. 110 YUCHECNG RD., SANMIN DIST.
**Registered May 31, 2011**  KAOHSIUNG, TAIWAN

**Int. Cls.: 6 and 7**  FOR: METAL MESH PRODUCTS, NAMELY, PERFORATED METAL SHEETS, NETTING, WOVEN WIRE CLOTH AND METAL MESH CONVEYOR BELTS FOR HANDLING LOADS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

**TRADEMARK**

**PRINCIPAL REGISTER**  FIRST USE 3-1-2005; IN COMMERCE 3-1-2005.

FOR: METAL WORKING MACHINES, NAMELY, MACHINES FOR PRODUCING METAL MESH PRODUCTS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 3-1-2005; IN COMMERCE 3-1-2005.

THE MARK CONSISTS OF A STYLIZED REPRESENTATION OF THE LETTERS "AG" SET AGAINST A RECTANGLE. A SERIES OF HORIZONTAL LINES EXTENDS OUTWARD AND TO THE LEFT OF THE LETTER "A".

SER. NO. 85-038,122, FILED 5-13-2010.

JIM RINGLE, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

E-FILED 9/9/14
JS-6 (lc)

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| JUN-EN ENTERPRISE, a Taiwan Corporation, AGAPE INDUSTRY CO., LTD., a Taiwan Corporation, | Case No.: CV 12-02734-PSG-SS |
|---|---|
| Plaintiffs, | [~~PROPOSED~~] JUDGMENT |
| v. | |
| PETER K. LIN, AGAPE INDUSTRIAL, INC., and DOES 1 through 10, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

1
[PROPOSED] JUDGMENT

ACTIVE 26868036v1 09/04/2014

The Court, having considered Counterclaimants/Third-Party Plaintiff PETER K. LIN and AGAPE INDUSTRIAL, INC.'s ("Counter-Claimants") Motion for Default Judgment (Docket No. 181), and good cause appearing, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiffs and Counter-Defendants Jun-En Enterprise and Agape Industry Co., Ltd. take nothing from Defendants and Counter-Claimants Peter K. Lin and Agape Industrial, Inc.;

2. A judgment in favor of Defendants and Counter-Claimants Peter K. Lin and Agape Industrial, Inc. against Plaintiffs and Counter-Defendants Jun-En Enterprise and Agape Industry Co. shall be entered in the amount of **$140,255.72** for compensatory contract damages; and

3. Counter-Claimants shall be awarded costs, to be determined after submission of an Application to Tax Costs and Bill of Costs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT:

4. Plaintiff and Counter-Defendant Agape Industry Co., Ltd.'s registration of the mark, AG, Registration No. 3,969,166 (the "AG Mark") with the United States Patent and Trademark Office be cancelled, effectively immediately.

5. Plaintiff and Counter-Defendants Jun-En Enterprises and Agape Industry, Co., and Ysiu-Ying Lu are permanently enjoined from using the AG Mark in any advertising, websites, sales brochures, products or machinery that is sold, imported or distributed in the United States.

Dated: ____9/9_____, 2014

**PHILIP S. GUTIERREZ**
The Honorable Philip S. Gutierrez
United States District Judge