

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

October 08, 2014

```
            FILED
   CLERK, U.S. DISTRICT COURT

         10/8/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY
```

No.:           14-56621
D.C. No.:      2:12-cv-02734-PSG-SS
Short Title:   Jun-En Enterprises, et al v. Peter Lin, et al

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

**Appellants who are filing pro se should refer to the accompanying information sheet regarding the filing of informal briefs.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 08 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUN-EN ENTERPRISE, a Taiwan corporation; AGAPE INDUSTRY CO., LTD, a Taiwan corporation,<br><br>  Plaintiffs-counter-defendants,<br><br> and<br><br>SHI RU YANG; SHIU-YING LU,<br><br>  Third-party-defendants,<br><br> and<br><br>HOW GUIN ROBERT FONG,<br><br>  Appellant,<br><br> v.<br><br>PETER K. LIN; AGAPE INDUSTRIAL, INC.,<br><br>  Defendants-counter-claimants - Appellees. | No. 14-56621<br><br>D.C. No. 2:12-cv-02734-PSG-SS<br>U.S. District Court for Central California, Los Angeles<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Fri., November 7, 2014** | Transcript shall be ordered. |
| **Thu., February 5, 2015** | Transcript shall be filed by court reporter. |
| **Tue., March 17, 2015** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Thu., April 16, 2015** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Jennifer Nidorf
Deputy Clerk